UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
                                          )
In Re:                                    )    Chapter 11
                                          )
PLASTECH ENGINEERED                       )    Case No. 08-42418(PJS)
PRODUCTS, INC., et al.,[1]                )    Jointly Administered
                                          )    Judge Phillip J. Shefferly
Debtors.                                  )
_____ )

**CORRECTIVE ORDER WITH RESPECT TO SECOND INTERIM ORDER
(1) AUTHORIZING DEBTORS-IN-POSSESSION TO OBTAIN FINANCING, GRANT
SECURITY INTERESTS AND ACCORD PRIORITY STATUS
PURSUANT TO 11 U.S.C. §§ 361, 363, 364(c), 364(d) and 503(b);
AND (2) MODIFYING AUTOMATIC STAY**

On February 13, 2008, the Court entered the Second Interim Order Second Interim Order (1) Authorizing Debtors-In-Possession to Obtain Financing, Grant Security Interests and Accord Priority Status Pursuant to 11 U.S.C. §§ 361, 363, 364(c), 364(d) and 503(b); and (2) Modifying Automatic Stay ("Second Interim Order") [Docket No. 243]. On the record on the same date, the parties made certain representations to the Court with respect to corrections to the Order. Based on those statements and the Court being fully advised,

IT IS ORDERED:

---

[1] The following subsidiaries of Plastech Engineered Products, Inc. have filed for Chapter 11 relief in this district and have proposed a jointly administered cases: LDM Technologies, Inc. (Case No. CAS No. 08-42422), Plastech Frenchtown, Inc. (Case No. 08-42421), Plastech Decorating Systems, Inc. (Case No. 08-42420), Plastech Exterior Systems, Inc. (Case No. 08-42423), Plastech Romulus, Inc. (Case No. 08-42418), MBS Polymet, Inc. (Case No. 08-42424), LDM Holding Canada, Inc. (Case No. 08-42425), and LDM Holding Mexico, Inc. (Case No. 08-42419).

Detroit_826199_1

1.  The Second Interim Order is amended to add the following to the end of paragraph 6: "provided, however, that the DIP Credit Parties' claim under this Section 6(ii) shall be limited to $20,000,000."

2.  The following sentence is added to the end of paragraph 8 of the Second Interim Order: "The Court finds good cause to waive the stay provided under Fed. R. Bankr. P. 6004(h) and the ten (10) day stay is waived."

.

**Signed on February 14, 2008**
                                      **_/s/ Phillip J. Shefferly**
                                      **Phillip J. Shefferly**
        3.    **United States Bankruptcy Judge**