```
IN THE UNITED STATES BANKRUPTCY COURT
    FOR THE EASTERN DISTRICT OF MICHIGAN
                SOUTHERN DIVISION
- - - - - - - - - - - - - - -x
In re:                        :  Chapter 11
                              :
PLASTECH ENGINEERED           :  Case No. 08-42417 (PJS)
PRODUCTS, INC., et al.,¹      :
                              :  Jointly Administered
         Debtors.             :
                              :
                              :
- - - - - - - - - - - - - - -x
```

**NOTICE OF FILING OF <u>PROPOSED FORM OF</u> NOTICE OF (A) ENTRY OF ORDER CONFIRMING SECOND AMENDED JOINT PLAN OF LIQUIDATION PROPOSED BY PLASTECH ENGINEERED PRODUCTS, INC., ITS SUBSIDIARY DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (B) EFFECTIVE DATE AND (C) BAR DATES FOR FILING ADMINISTRATIVE CLAIMS, PROFESSIONAL FEE CLAIMS AND CONTRACT/LEASE REJECTION DAMAGES CLAIMS**

PLEASE TAKE NOTICE that on December 1, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the proposed form of Notice Of (A) Entry Of Order Confirming Second Amended Joint Plan Of Liquidation Proposed By Plastech Engineered Products, Inc., Its Subsidiary Debtors And The Official Committee Of Unsecured Creditors (B) Effective Date And (C) Bar Dates For Filing Administrative Claims, Professional

---

¹ The Debtors are the following entities: Plastech Engineered Products, Inc., LDM Technologies, Inc., Plastech Frenchtown, Inc., Plastech Decorating Systems, Inc., Plastech Exterior Systems, Inc., Plastech Romulus, Inc., MBS Polymet, Inc., LDM Holding Canada, Inc., and LDM Holding Mexico, Inc.

Fee Claims And Contract/Lease Rejection Damages Claims (the "Proposed Notice"), a copy of which Proposed Notice is attached hereto as <u>Exhibit A</u>.

Dated:    Detroit, Michigan
            December 1, 2008

                /s/ Sarah E. Pierce
            Gregg M. Galardi
            Sarah E. Pierce
            Kristhy M. Pegeuro
            Skadden, Arps, Slate, Meagher & Flom LLP
            One Rodney Square
            P.O. Box 636
            Wilmington, Delaware 19899-0636
            (302) 651-3000
            sarah.pierce@skadden.com

              - and -

            Deborah L. Fish (P36580)
            Allard & Fish, P.C.
            535 Griswold, Suite 2600
            Detroit, Michigan 46226
            (313) 961-6141
            dfish@allardfishpc.com

            Counsel for Debtors and
            Debtors in Possession

**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

```
- - - - - - - - - - - - - - - x
                              :
In re:                        :  Chapter 11
                              :
PLASTECH ENGINEERED PRODUCTS, :  Case No. 08-42417 (PJS)
INC., et al.,¹                :
                              :
         Debtors.             :  Jointly Administered
                              :
                              :
- - - - - - - - - - - - - - - x
```

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING SECOND
AMENDED JOINT PLAN OF LIQUIDATION PROPOSED BY
PLASTECH ENGINEERED PRODUCTS, INC., ITS SUBSIDIARY
DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS (B) EFFECTIVE DATE AND (C) BAR DATES FOR
FILING ADMINISTRATIVE CLAIMS, PROFESSIONAL FEE CLAIMS
AND CONTRACT/LEASE REJECTION DAMAGES CLAIMS**

**PLEASE TAKE NOTICE that:**

1. On December 3, 2008, the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") entered an Order Confirming the [Third] Amended Joint Plan of Liquidation Proposed by Plastech Engineered Products, Inc., Its Subsidiary Debtors and the Official Committee of Unsecured Creditors[2] (the "Confirmation Order"). The Confirmation

---

[1] The Debtors are the following entities: Plastech Engineered Products, Inc. ("Plastech"), LDM Technologies, Inc., Plastech Frenchtown, Inc., Plastech Decorating Systems, Inc., Plastech Exterior Systems, Inc., Plastech Romulus, Inc., MBS Polymet, Inc., LDM Holding Canada, Inc., and LDM Holding Mexico, Inc.

[2] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to such terms in the Second Amended Joint Plan of Liquidation Proposed by Plastech Engineered Products, Inc., Its Subsidiary Debtors and the Official Committee of Unsecured Creditors (the "Plan") or the Confirmation Order, as applicable.

Order was duly docketed in the Office of the Clerk of the United States Bankruptcy Court for the Eastern District of Michigan (Docket No. _____).

    2. Copies of the Confirmation Order and Plan are available from the claims agent upon written request to Donlin, Recano & Company, Inc. Re: Plastech Engineered Products, Inc., et al., P.O. Box 2034 Murray Hill Station, New York, NY 10156-0701, or if by hand-delivery or overnight courier, Donlin, Recano & Company, Inc. Re: Plastech Engineered Products, Inc., et al., 419 Park Avenue South, Suite 1206, New York, NY 10016 or by visiting www.donlinrecano.com. Parties also may obtain a copy of the Confirmation Order and Plan online through the Bankruptcy Court website at www.mieb.uscourts.gov (a PACER account is required).

    3. On _____, the Plan will become effective in accordance with its terms as set forth in Section VIII(B) of the Plan (the "Effective Date").

    4. In accordance with Section IX(C) of the Plan, **all Administrative Claims shall be filed with Donlin, Recano & Company, Inc. ("Donlin")** at either of the following addresses:

    By Mail –

        Donlin, Recano & Company, Inc., as Agent for the United States Bankruptcy Court
        Re: Plastech Engineered Products, Inc., et al., Claims Processing
        P.O. Box 899, Madison Square Station
        New York, NY 10010

    By Hand-Delivery or Overnight Courier –

        Donlin, Recano & Company, Inc.
        as Agent for the United States Bankruptcy Court
        Re: Plastech Engineered Products, Inc., et al., Claims Processing

419 Park Avenue South, Suite 1206
New York, NY 10016

**Each Administrative Claim must be <u>delivered to and received by</u> Donlin no later than 5:00 p.m., Eastern Time on _____, 2009, unless otherwise ordered by the Bankruptcy Court (the "Administrative Claims Bar Date")**. Any Administrative Claim may be submitted in person or by courier service, hand delivery or mail addressed to Donlin at the foregoing specified address. Any Administrative Claim submitted by facsimile will not be accepted and will not be deemed filed until such Administrative Claim is submitted by one of the methods described in the foregoing sentence. Any Administrative Claim will be deemed filed only when <u>actually received</u> by Donlin. Each Administrative Claim must also be served on (i) Plastech Engineered Products, Inc., 4 Mt. Royal Avenue, Suite 420, Marlboro, MA 01752 (Attn: James Carroll), the Chief Liquidating Officer or Liquidating Trustee, as applicable; and (ii) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 (Attn: Gregg M. Galardi, Esq.) and Allard & Fish, P.C., 535 Griswold, Suite 2600, Detroit, MI, 46226 (Attn: Deborah Fish, Esq.), counsel for the Debtors or Liquidating Trustee, as applicable.

     5.   In accordance with Section IX(A) of the Plan, **all final requests for Payment of Professional Fee Claims pursuant to sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code (the "Final Fee Applications") must be filed with the Bankruptcy Court no later than _____, 2009. Objections, if any, to the Final Fee Applications must be filed and served on each of** (i) Plastech Engineered Products, Inc., 4 Mt. Royal Avenue, Suite 420, Marlboro, MA 01752 (Attn: James Carroll), the Chief Liquidating Officer or Liquidating Trustee, as applicable; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 (Attn: Gregg M. Galardi, Esq.) and Allard & Fish, P.C., 535 Griswold, Suite 2600, Detroit, MI, 46226 (Attn: Deborah Fish, Esq.), counsel for the Debtors or Liquidating Trustee, as applicable; (iii) Clark Hill PLC, 500 Woodward Avenue, Suite 3500,

3

Detroit, Michigan 48226 (Attn: Robert D. Gordon, Esq.), counsel for the Official Committee of Unsecured Creditors or the Post-Effective Date Committee, as applicable; (iv) the requesting Professional; and (v) the Office of the U.S. Trustee for the Eastern District of Michigan, 211 West Fort Street, Suite 700, Detroit, MI 48226 (Attn: Stephen Spence), so as to actually be received **no later than forty-five (45) days from the date on which each such Final Fee Application is served and filed**.

6. In accordance with Section VII(B) of the Plan**, if the rejection of an executory contract or unexpired lease pursuant to the Plan results in a Claim, then such Claim shall be forever barred and shall not be enforceable against the applicable Debtor or its Estate, the Liquidating Trust, or their respective successors or properties unless a Proof of Claim is filed with Donlin** at either of the following addresses:

    By Mail –

    Donlin, Recano & Company, Inc., as Agent for the United States Bankruptcy Court
    Re: Plastech Engineered Products, Inc., et al., Claims Processing
    P.O. Box 899, Madison Square Station
    New York, NY 10010

  By Hand-Delivery or Overnight Courier –

    Donlin, Recano & Company, Inc.
    as Agent for the United States Bankruptcy Court
    Re: Plastech Engineered Products, Inc., et al., Claims Processing
    419 Park Avenue South, Suite 1206
    New York, NY 10016

**within thirty (30) days after service of this notice** or

such other date as is prescribed by the Bankruptcy Court. Each Proof of Claim must also be served on (i) Plastech Engineered Products, Inc., 4 Mt. Royal Avenue, Suite 420, Marlboro, MA 01752 (Attn: James Carroll), the Chief Liquidating Officer or Liquidating Trustee, as applicable; and (ii) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 (Attn: Gregg M. Galardi, Esq.) and Allard & Fish, P.C., 535 Griswold, Suite 2600, Detroit, MI, 46226 (Attn: Deborah Fish, Esq.), counsel for the Debtors or Liquidating Trustee, as applicable.

Dated:    Detroit, Michigan
          December ___, 2008

    _____
    Gregg M. Galardi
    Sarah E. Pierce
    Kristhy M. Peguero
    Skadden, Arps, Slate, Meagher
       & Flom LLP
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    (302) 651-3000
    kristhy.peguero@skadden.com

          - and -

    Deborah L. Fish (P36580)
    Allard & Fish, P.C.
    535 Griswold, Suite 2600
    Detroit, Michigan 46226
    (313) 961-6141
    dfish@allardfishpc.com

    Counsel for Debtors and
    Debtors in Possession

5