## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

```
- - - - - - - - - - - - - - -x
                              :
In re:                        :   Chapter 11
                              :
PLASTECH ENGINEERED PRODUCTS, :   Case No. 08-42417 (PJS)
INC., et al.,                 :
                              :
              Debtors.        :   Jointly Administered
- - - - - - - - - - - - - - -x
```

### AFFIDAVIT OF SERVICE

```
STATE OF NEW YORK  )
                   )   ss:
COUNTY OF NEW YORK )
```

I, Sung Kim declare:

1.  I am over the age of 18 years and not a party to the within action.

2.  I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3.  On the 1st day of December, 2008, I caused a copy of the:

    i)   "Notice of Filing of Proposed Form of Notice of (A) Entry of Order Confirming Second Amended Joint Plan of Liquidation Proposed by Plastech Engineered Products, Inc., its Subsidiary Debtors and the Official Committee of Unsecured Creditors (B) Effective Date and (C) Bar Dates for Filing Administrative Claims, Professional Fee Claims and Contract/Lease Rejection Damages Claims" (Docket No. 3914); and

    ii)  "Notice of Filing of Proposed Findings of Fact, Conclusions of Law and Order Confirming the Third Amended Joint Plan of Liquidation Proposed by Plastech Engineered Products, Inc., its Subsidiary Debtors and the Official Committee of Unsecured Creditors" (Docket No. 3916),

    to be served upon each of the parties listed on Exhibit 1, attached hereto, via electronic mail.

PLASTECHENGINEERED00481

4.   On the 1st day of December, 2008, I caused a copy of the:

      i)   "Notice of Filing of Proposed Form of Notice of (A)
            Entry of Order Confirming Second Amended Joint
            Plan of Liquidation Proposed by Plastech
            Engineered Products, Inc., its Subsidiary Debtors
            and the Official Committee of Unsecured Creditors
            (B) Effective Date and (C) Bar Dates for Filing
            Administrative Claims, Professional Fee Claims and
            Contract/Lease Rejection Damages Claims" (Docket
            No. 3914); and

      ii)  "Notice of Filing of Proposed Findings of Fact,
            Conclusions of Law and Order Confirming the Third
            Amended Joint Plan of Liquidation Proposed by
            Plastech Engineered Products, Inc., its Subsidiary
            Debtors and the Official Committee of Unsecured
            Creditors" (Docket No. 3916),

to be served upon each of the parties listed on Exhibit 2,
attached hereto, via First Class U.S. Mail. Said
documents were securely enclosed in postage prepaid
envelopes and delivered to an office of the United
States Postal Service for delivery by First Class Mail.

5.   I declare under penalty of perjury that the foregoing is
true and correct. Executed this 2nd day of December, 2008 at
New York, New York.

                                By _____
                                      Sung Kim

Sworn before me this
2nd day of December, 2008

_____
Notary Public

WILLIAM ANDREW LOGAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02LO6103254
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES....December 22, 2011

PLASTECHENGINEERED00481

2

# EXHIBIT 1

# Plastech Engineered Products
## Electronic Mail
## Exhibit Pages

000003P001-1247A-481
ALLARD & FISH, P.C.
DEBORAH L. FISH, ESQ.
TIMOTH GRAVES, ESQ.
535 GRISWOLD STREET
DETROIT MI 48236

000009P002-1247S-481
ALLARD & FISH, P.C.
ATTN: RALPH R. MCKEE, ESQ.
2600 BUHL BUILDING
535 GRISWOLD STREET
DETROIT MI 48226

000011P003-1247A-481
ALVAREZ & MARSAL
ROBERT CARUSO
55 WEST MONROE STREET
SUITE 4000
CHICAGO IL 60603

000110P001-1247S-481
Abbott, Nicholson et al.
Daniel G. Kielczewski
300 River Place
Suite 3000
Detroit MI 48207

000203P001-1247S-481
Assistant Attorney General
Ronald Hwang, Esq.
3030 W. Grand Blvd., Ste. 9-600
Detroit MI 48202

000208P001-1247S-481
Assistant Attorney General
John Mark Stern, Esq.
Bankruptcy & Collection Division
P.O. Box 12548
Austin TX 78711-2548

000008P001-1247S-481
BARNES & THORNBURG LLP
ATTN: JOHN T. GREGG
300 OTTAWA AVENUE, NW
SUITE 500
GRAND RAPIDS MI 49503

000078P002-1247S-481
BASELL USA, INC.
Scott Salerni
Delaware Corporate Center II
2 Righter Parkway
Ste. 300
Wilmington DE 19803

000143P002-1247S-481
BMC Group
Alan Dalsass
875 Third Avenue
5th Floor
New York NY 10022-6226

000195P001-1247S-481
BUTZEL LONG, P.C.
Matthew E. Wilkins
150 W. Jefferson, Suite 100
Detroit MI 48226

000068P002-1247S-481
Barack Ferrazzano et al.
William J. Barrett
200 West Madison Street
Suite 3900
Chicago IL 60606

000069P002-1247S-481
Barack Ferrazzano et al.
Matthew A. Swanson
200 West Madison Street
Suite 3900
Chicago IL 60606

000121P001-1247S-481
Barack Ferrazzano et al.
Kimberly J. Robinson, Esq.
200 West Madison Street
Suite 3900
Chicago IL 60606

000045P001-1247S-481
Barnes & Thornburg LLP
Deborah L. Thorne
One North Wacker Drive
Suite 4400
Chicago IL 60606

000150P001-1247S-481
Barnes & Thornburg LLP
Michael K. McCrory, Esq.
11 South Meridian Street
Indianapolis IN 46204

000158P001-1247S-481
Bartlett Hackett Feinberg P.C.
Frank F. McGinn
155 Federal Street, 9th Floor
Boston MA 02110

000117P001-1247S-481
Becket and Lee LLP
Gilbert B. Weisman
P.O. Box 3001
Malvern PA 19355-0701

000091P001-1247S-481
Bernardi Ronayne & Glusac
Rodney M. Glusac
1058 Maple Street
Suite 100
Plymouth MI 48170

000213P001-1247S-481
Bingham McCutchen LLP
Milissa A. Murray
2020 K Street, NW
Washington DC 20006

000165P002-1247S-481
Black, McCuskey, Souers et al.
Chrysanthe E. Vassiles, Esq.
220 Market Avenue South
Suite 1000
Canton OH 44702

000160P001-1247S-481
Blank Rome LLP
Raymond M. Patella
One Logan Square
Philadelphia PA 19103

000081P001-1247S-481
Bodman LLP
Marc M. Bakst
1901 St. Antoine
6th Floor at Ford Field
Detroit MI 48226

000087P001-1247S-481
Bodman LLP
David J. Nowaczewski
1901 St. Antoine Street
6th Floor at Ford Field
Detroit MI 48226

000182P001-1247S-481
Bolhouse, Vander Hulst, Risko & Baar, P.C.
David S. Lefere
Grandville State Bank Building
3996 Chicago Drive, SW
Grandville MI 49418

000139P002-1247S-481
Brice, Vander Linden et al.
Joe M. Lozano, Jr., Esq.
9441 LBJ Freeway, Suite 350
Dallas TX 75243

000145P001-1247S-481
Briggs and Morgan, P.A.
Michael D. Gordon
2200 IDS Center
80 South 8th Street
Minneapolis MN 55402

000141P001-1247S-481
Buchalter Nemer, A Professional Corporation
Shawn M. Christianson, Esq.
333 Market Street, 25th Floor
San Francisco CA 94105-2126

000026P001-1247S-481
Bureau Of Workers' Comp
Attn: Larry Rhodebeck
30 West Spring Street
Level 26
Columbus OH 43215

000052P001-1247S-481
Burr & Forman LLP
Robert B. Rubin
420 North 20th Street
Suite 3400
Birmingham AL 35203

000053P001-1247S-481
Burr & Forman LLP
Derek F. Meek
420 North 20th Street
Suite 3400
Birmingham AL 35203

000054P001-1247S-481
Burr & Forman LLP
Jennifer A. Harris
420 North 20th Street
Suite 3400
Birmingham AL 35203

000129P001-1247S-481
Butzel Long
Thomas B. Radom, Esq.
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills MI 48304

# Plastech Engineered Products
## Electronic Mail
## Exhibit Pages

000014P005-1247S-481
COMERICA BANK
MICHAEL D. BOUTELL, ESQ.
500 WOODWARD AVENUE
P.O. Box 75000
DETROIT MI 48275-3391

000007P001-1247A-481
CONWAY MACKENZIE & DUNLEAVY
DONALD S. MACKENZIE
401 S. OLD WOODWARD AVE, SUITE 340
BIRMINGHAM MI 48009

000042P001-1247S-481
Charles J. Taunt & Associates
Charles J. Taunt, Esq.
700 East Maple Road
Second Floor
Birmingham MI 48009

000192P001-1247S-481
City Attorney for the City of Port Huron
John L. Livesay, Esq.
100 McMorran Boulevard
Port Huron MI 48060

000070P002-1247S-481
Clark Hill PLLC
Robert D. Gordon
500 Woodward Avenue
Suite 3500
Detroit MI 48226-3435

000071P002-1247S-481
Clark Hill PLLC
Joel D. Applebaum
500 Woodward Avenue
Suite 3500
Detroit MI 48226-3435

000072P002-1247S-481
Clark Hill PLLC
Shannon L. Deeby
500 Woodward Avenue
Suite 3500
Detroit MI 48226-3435

000178P001-1247S-481
Clark Hill PLLC
Cynthia M. Filipovich, Esq.
500 Woodward Avenue
Suite 3500
Detroit MI 48226-3435

000164P001-1247S-481
Currie Kendall, PLC
William R. Garehow, Esq.
6024 Eastman Avenue
Midland MI 48640-2518

000020P001-1247S-481
DAKMAK PEURACH, P.C.
ATTN: ROBERT A. PEURACH
615 GRISWOLD
SUITE 600
DETROIT MI 48226

000027P002-1247S-481
DICKINSON WRIGHT PLLC
ATTN: MICHAEL C. HAMMER
301 LIBERTY STREET
SUITE 500
ANN ARBOR MI 48104

000027P001-1247S-481
DICKINSON WRIGHT PLLC
ATTN: TRENT B. COLLIER
301 E. LIBERTY STREET
SUITE 500
ANN ARBOR MI 48104

000028P002-1247S-481
DILWORTH PAXSON LLP
ATTN: SCOTT J. FREEDMAN
LIBERTY VIEW, SUITE 700
457 HADDONFIELD ROAD
CHERRY HILL NJ 08002

000100P001-1247S-481
Day Pitney LLP
Richard M. Meth, Esq.
P.O. Box 1945
Morristown NJ 07962-1945

000156P001-1247S-481
Day Pitney LLP
Richard M. Meth, Esq.
200 Campus Drive
Florham Park NJ 07932-0950

000097P001-1247S-481
Dykema Gossett PLLC
Sheryl L. Toby
39577 Woodward Ave.
Suite 300
Bloomfield Hills MI 48304

000051P001-1247S-481
Erman Teicher Miller Zucker
Julie Beth Teicher
400 Galleria Officentre
Suite 444
Southfield MI 48034

000056P002-1247S-481
Erman Teicher Miller Zucker
David M. Miller
400 Galleria Officentre
Ste. 444
Southfield MI 48034

000064P001-1247S-481
Erman Teicher Miller Zucker
Dianne S. Ruhlandt
400 Galleria Officentre
Ste. 444
Southfield MI 48034

000066P001-1247S-481
Erman Teicher Miller Zucker
David H. Freedman
400 Galleria Officentre
Suite 444
Southfield MI 48034

000152P002-1247S-481
Erman Teicher et al.
David M. Eisenberg
400 Galleria Officentre
Suite 444
Southfield MI 48034

000126P001-1247S-481
Filardi Law Offices LLC
Charles J. Filardi, Jr.
65 Trumbull Street
Second Floor
New Haven CT 06510

000162P002-1247S-481
Fine & Hatfield
J. Beau Dial, Esq.
520 N.W. 2nd Street
P.O. Box 779
Evansville IN 47705-0779

000222P001-1247S-481
Foley & Lardner LLP
Erin L. Toomey, Esq.
500 Woodward Ave., Suite 2700
Detroit MI 48226

000225P001-1247S-481
Foster, Swift, Collins & Smith, P.C.
Dirk H. Beckwith, Esq.
313 South Washington Square
Lansing MI 48933

000201P001-1247S-481
Fraser Trebilcock Davis & Dunlap, P.C.
Gary C. Roger, Esq.
124 W. Allegan, Suite 1000
Lansing MI 48933

000041P001-1247S-481
Frost Brown Todd LLC
Robert V. Sartin, Esq.
250 West Main Street
Suite 2700
Lexington KY 40507

000125P001-1247S-481
Gallagher, Stelzer & Yosick
J.T. Stelzer, Esq.
216 South Lynn Street
Bryan OH 43506

000086P002-1247S-481
Gibson Dunn & Crutcher LLP
Samuel A. Newman
333 S. Grand Avenue
46th Floor
Los Angeles CA 90071

000090P001-1247S-481
Gibson Dunn & Crutcher LLP
Dennis Arnold
333 S. Grand Avenue
46th Floor
Los Angeles CA 90071

000089P001-1247S-481
Gold Lange & Majors PC
Donna J. Lehl
24901 Northwestern Highway
Suite 444
Southfield MI 48075

000163P001-1247S-481
Gust Rosenfeld P.L.C.
Madeleine C. Wanslee
201 E. Washington
Suite 800
Phoenix AZ 85004-2327

---

000230P001-1247S-481
HONIGMAN MILLER SCHWARTZ AND COHN
Daniel W. Linna Jr., Esq.
2290 First National Building
660 Woodward Avenue
Detroit MI 48226

000184P001-1247S-481
Haynes & Boone, LLP
Frances A. Smith, Esq.
901 Main Street, Suite 3100
Dallas TX 75202

000226P001-1247S-481
Haynes & Boone, LLP
Peter C. Ruggero, Esq.
1221 McKinney Street, Suite 2100
Houston TX 77010

000211P001-1247S-481
Haynes and Boone, LLP
Trey A. Monsour
901 Main Street, Suite 3100
Dallas TX 75202

000212P001-1247S-481
Haynes and Boone, LLP
Jason B. Binford
901 Main Street, Suite 3100
Dallas TX 75202

000005P006-1247S-481
Honigman Miller et al
Attn: Donald F. Baty, Jr.
2290 First National Bldg.
660 Woodward Ave., Ste 2290
Detroit MI 48226

000006P002-1247S-481
Honigman Miller et al
Attn: Tricia A. Sherick, Esq.
2290 First National Bldg
660 Woodward Ave, Ste 2290
Detroit MI 48226

000007P003-1247S-481
Honigman Miller et al.
Attn: Robert B. Weiss, Esq.
2290 First National Building
660 Woodward Ave., Ste 2290
Detroit MI 48226

000085P002-1247S-481
Honigman Miller et al.
Joseph R. Sgroi
660 Woodward Avenue
2290 First National Building
Detroit MI 48226

000062P001-1247S-481
IBM Corporation
Vicky Namken
13800 Diplomat Dr.
Dallas TX 75234

000013P002-1247S-481
INTERNATIONAL UNION, UAW
ATTN: NIRAJ R. GANATRA
8000 E. JEFFERSON AVENUE
DETROIT MI 48214

000035P001-1247S-481
JACK A GIBSON JR., P.C.
ATTN: JACK A. GIBSON JR
500 RIVER PLACE
SUITE 5112
DETROIT MI 48207

000168P001-1247S-481
JAFFE, RAITT, HEUER & WEISS
Alicia S. Schehr, Esq.
27777 Franklin Road, Suite 2500
Southfield MI 48034

000008P005-1247A-481
JONES DAY
ROBERT J. GRAVES, ESQ.
77 WEST WACKER DRIVE
CHICAGO IL 60601

052969P005-1247A-481
JONES DAY
ATTN: BRAD ERENS
77 WEST WACKER
CHICAGO IL 60601

052970P002-1247A-481
JONES DAY
STEVEN DOMANOWSKI, ESQ.
77 WEST WACKER
CHICAGO IL 60601

000204P001-1247S-481
Jackson Walker L.L.P.
Bruce J. Ruzinsky
1401 McKinney Street, Suite 1900
Houston TX 77010

000205P001-1247S-481
Jackson Walker L.L.P.
Desiree K. Killen
1401 McKinney Street, Suite 1900
Houston TX 77010

000206P001-1247S-481
Jackson Walker L.L.P.
Heather M. Forrest
901 Main Street, Suite 6000
Dallas TX 75202

000060P002-1247S-481
Jaffe Raitt Heuer & Weiss
Paige E. Barr
27777 Franklin Road
Suite 2500
Southfield MI 48034

000061P001-1247S-481
Jaffe Raitt Heuer & Weiss
Louis P. Rochkind
27777 Franklin Road
Suite 2500
Southfield MI 48034

000063P001-1247S-481
Jaffe Raitt Heuer & Weiss
Richard E. Kruger
27777 Franklin Road
Suite 2500
Southfield MI 48034

000219P001-1247S-481
KEATING MUETHING & KLEKAMP PLL
Steven C. Coffaro, Esq.
One East Fourth Street
Suite 1400
Cincinnati OH 45202

000220P001-1247S-481
KEATING MUETHING & KLEKAMP PLL
Jason V. Stitt, Esq.
One East Fourth Street
Suite 1400
Cincinnati OH 45202

000019P001-1247S-481
KEMP KLEIN LAW FIRM
ATTN: NORMAN D. ORR
201 W. BIG BEAVER ROAD
SUITE 600
TROY MI 48084

000032P003-1247S-481
Kegler Brown Hill & Ritter LPA
Larry J. McClatchey, Esq.
65 E. State Street
Capitol Square, Suite 1800
Columbus OH 43215

000191P001-1247S-481
Kerr, Russell and Weber, P.C.
P. Warren Hunt, Esq.
500 Woodward Avenue, Suite 2500
Detroit MI 48226

000093P001-1247S-481
Kilpatrick & Associates, P.C.
Leonora K. Baughman
903 N. Opdyke Road
Suite C
Auburn Hills MI 48326

000114P002-1247S-481
Kilpatrick & Associates, P.C.
Richardo J. Kilpatrick
615 Griswold
Suite 1004
Detroit MI 48226-3985

000154P001-1247S-481
Kilpatrick & Associates, P.C.
Leonarda K. Baughman, Esq.
615 Griswold, Suite 1004
Detroit MI 48226

000199P001-1247S-481
Kotz, Sangster, Wysocki & Berg, P.C.
Frederick A. Berg, Jr., Esq.
400 Renaissance Center, Suite 3400
Detroit MI 48243

000036P001-1247S-481
LATHAM & WATKINS LLP
ATTN: RICHARD A. LEVY
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO IL 60606

000010P003-1247A-481
LATHAM & WATKINS, LLP
ATTN: DAVID K. RATHGEBBER, ESQ.
233 SOUTH WACKER DRIVE
SEARS TOWER, SUITE 5800
CHICAGO IL 60606

000046P002-1247A-481
LATHAM & WATKINS, LLP
ATTN: PETER KNIGHT
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO IL 60606

000005P004-1247A-481
LAZARD - FRERES CO. LLC
DAVID S. KURTZ, ESQ.
190 S. LASALLE STREET
31ST FLOOR
CHICAGO IL 60603-3498

000006P002-1247A-481
LAZARD LLC
ANDREW YEARLEY
30 ROCKEFELLER PLAZA
57TH FLOOR
NEW YORK NY 10112-6300

000065P001-1247S-481
Lambert Leser Isackson Cook
Susan M. Cook
309 Davidson Building
P.O. Box 835
Bay City MI 48707-0835

000228P001-1247S-481
Lambert, Leser, Isackson, Cook & Giunta, P.C.
Rozanne M. Giunta, Esq.
P.O. Box 835
Bay City MI 48707-0835

000200P001-1247S-481
Linebarger Goggan Blair & Sampson, LLP
Diane W. Sanders, Esq.
1949 South IH 35 (78741)
P.O. Box 17428
Austin TX 78760-7428

000136P002-1247S-481
Lyden, Liebenthal & Chappell
Julie A. Douglas, Esq.
5470 Main Street
Suite 300
Sylvania OH 43560

000177P001-1247S-481
Lyden, Liebenthal & Chappell, Ltd.
Benjamin Z. Heywood, Esq.
5470 Main Street, Suite 300
Sylvania OH 43560

000017P003-1247S-481
MELAMED, DAILEY ET AL
ATTN: FREDERICK MELAMED
26611 WOODWARD AVENUE
HUNTINGTON WOODS MI 48070

000015P005-1247S-481
MILLER JOHNSON
ATTN: THOMAS P. SARB
250 MONROE AVE, STE 800
P.O. Box 306
GRAND RAPIDS MI 49501-0306

000016P005-1247S-481
MILLER JOHNSON
ATTN: ROBERT D. WOLFORD
250 MONROE AVE., STE 800
P.O. Box 306
GRAND RAPIDS MI 49501-0306

000031P003-1247S-481
MILLER, CANFIELD, ET AL
ATTN: STEPHEN S. LAPLANTE
150 WEST JEFFERSON AVE.
SUITE 2500
DETROIT MI 48226

000034P003-1247S-481
MILLER, CANFIELD, ET AL
ATTN: JONATHAN S. GREEN
150 W. JEFFERSON AVENUE
SUITE 2500
DETROIT MI 48226

000175P002-1247S-481
Maddin, Hauser, Wartell, Roth, & Heller, P.C.
Michael S. Leib, Esq.
28400 Northwestern Highway, 3rd Floor
Southfield MI 48037-0215

000189P001-1247S-481
Mannnina & Ajlouny, P.C.
Tanya E. J. Lundberg
370 E. Maple Road, Suite 230
Birmingham MI 48009

000038P003-1247S-481
Martens, Ice, Klass, et al
John G. Adam
306 S. Washington
Suite 600
Royal Oak MI 48067

000039P002-1247S-481
Martens, Ice, Klass, et al.
Stuart M. Israel
306 S. Washington
Suite 600
Royal Oak MI 48067

000122P001-1247S-481
McDonald Hopkins PLC
Jeffrey S. Grasl
39533 Woodward Avenue
Ste. 318
Bloomfield Hills MI 48304

000118P001-1247S-481
McHugh & McCarthy, Ltd.
John J. McHugh, III, Esq.
5580 Monroe Street
Sylvania OH 43560

000119P001-1247S-481
McHugh & McCarthy, Ltd.
Roxanne L. Mockensturm
5580 Monroe Street
Sylvania OH 43560

000130P001-1247S-481
McKelvie DeLuca, P.C.
Charles L. McKelvie
280 West Maple Road
Suite 300
Birmingham MI 48009

000131P001-1247S-481
McKelvie DeLuca, P.C.
Rita A. McKelvie
280 West Maple Road
Suite 300
Birmingham MI 48009

000132P001-1247S-481
McKelvie DeLuca, P.C.
Kellie C. Arman Schone
280 West Maple Road
Suite 300
Birmingham MI 48009

000185P001-1247S-481
Michael J. Kehoe, P.C.
224 W. Sibley Street
Howell MI 48843

000231P001-1247S-481
Miller, Canfield, et al.
Marc N. Swanson
150 W. Jefferson Avenue
Suite 2500
Detroit MI 48226

000075P001-1247S-481
Munsch Hardt Kopf & Harr
Russell L. Munsch, Esq.
3800 Lincoln Plaza
500 N. Akard Street
Dallas TX 75201

000076P001-1247S-481
Munsch Hardt Kopf & Harr
Jay H. Ong, Esq.
3800 Lincoln Plaza
500 N. Akard Street
Dallas TX 75201

000092P001-1247S-481
Myers & Myers, PLLC
Kelly A. Myers, Esq.
8163 Grand River Avenue
Suite 400
Brighton MI 48114

000104P001-1247S-481
Myers Nelson Dillon & Shierk
James R. Bruinsma
125 Ottawa Ave. N.W.
Suite 270
Grand Rapids MI 49503-2868

000110P001-1247S-481
Nathan Zousmer, P.C.
Kenneth A. Nathan, Esq.
29100 Northwestern Hwy.
Suite 260
Southfield MI 48034

000123P001-1247S-481
Norris, McLaughlin & Marcus
Robert L. Schmidt, Esq.
721 Route 202-206
P.O. Box 1018
Somerville NJ 08876-1018

**Plastech Engineered Products**
**Electronic Mail**
**Exhibit Pages**

000105P001-1247S-481
O'Rourke Katten & Moody
Michael C. Moody
161 N. Clark St.
Suite 2230
Chicago IL 60601

000106P001-1247S-481
O'Rourke Katten & Moody
Michael J. O'Rourke
161 N. Clark St.
Suite 2230
Chicago IL 60601

000004P002-1247A-481
OFFICE OF THE U.S. TRUSTEE
ATTN: STEPHEN E. SPENCE
211 WEST FORT
SUITE 700
DETROIT MI 48226

000013P001-1247A-481
PARKER HUDSON RAINER & DOBBS LLP
C. EDWARDS DOBBS, ESQ.
1500 MARQUIS TWO TOWER
285 PEACHTREE CENTER AVENUE, ME
ATLANTA GA 30303

000047P001-1247S-481
Parker Hudson Rainer & Dobbs
Rufus T. Dorsey
1500 Marquis Two Tower
285 Peachtree Center Ave, N.E.
Atlanta GA 30303

000102P002-1247S-481
Perdue Brandon et al.
John T. Banks, Esq.
3301 Northland Drive
Suite 505
Austin TX 78731

000074P001-1247S-481
Plunkett Cooney
Douglas C. Bernstein, Esq.
38505 Woodward Avenue
Suite 2000
Bloomfield Hills MI 48304

000079P001-1247S-481
Plunkett Cooney
Michael A. Fleming, Esq.
38505 Woodward Avenue
Suite 2000
Bloomfield Hills MI 48304

000144P002-1247S-481
Plunkett Cooney
David A. Lerner, Esq.
38505 Woodward Avenue, Suite 2000
Bloomfield Hills MI 48304

000048P002-1247S-481
Primeshares
Anthony LaGrassa
Paralegal
60 Madison Avenue
2nd Floor
New York NY 10011-1600

000057P001-1247S-481
Ropes & Gray LLP
Keith H. Wofford
1211 Avenue of the Americas
New York NY 10036

000058P001-1247S-481
Ropes & Gray LLP
Nila Winona Williams
1211 Avenue of the Americas
New York NY 10036

000059P001-1247S-481
Ropes & Gray LLP
Stephen Moeller-Sally
One International Place
Boston MA 02110

052968P001-1247A-481
SKADDEN, ARPS, ET AL.
SARAH E. PIERCE
ONE RODNEY SQUARE
10TH & KING STREETS
WILMINGTON DE 19801

000002P006-1247A-481
SKADDEN, ARPS, SLATE, ET AL.
GREGG M. GALARDI, ESQ.
ONE RODNEY SQUARE
10TH & KING STREETS
WILMINGTON DE 19801

000025P003-1247S-481
STEINBERG SHAPIRO & CLARK
ATTN: MARK H. SHAPIRO, ESQ.
24901 NORTHWESTERN HWY
SUITE 611
SOUTHFIELD MI 48075

000012P001-1247S-481
STROBL & SHARP, P.C.
ATTN: LYNN M. BRIMER
300 EAST LONG LAKE ROAD
SUITE 200
BLOOMFIELD HILLS MI 48304-2376

000176P001-1247S-481
Sabic Innovative Plastics
Val Venable, CCE
Creditor Manager - Americas
9930 Kincey Avenue
Huntersville NC 28078

000115P001-1247S-481
Schafer and Weiner, PLLC
Ryan D. Heilman, Esq.
40950 Woodward Avenue
Ste. 100
Bloomfield Hills MI 48304

000116P001-1247S-481
Schafer and Weiner, PLLC
Michael E. Baum, Esq.
40950 Woodward Avenue
Ste. 100
Bloomfield Hills MI 48304

000134P001-1247S-481
Schafer and Weiner, PLLC
Michael R. Wernette, Esq.
40950 Woodward Avenue
Ste. 100
Bloomfield MI 48304

000135P001-1247S-481
Schafer and Weiner, PLLC
Lisa
40950 Woodward Avenue
Ste. 100
Bloomfield Hills MI 48304

000193P001-1247S-481
Schafer and Weiner, PLLC
Brendan G. Best
40950 Woodward Avenue, Suite 100
Bloomfield Hills MI 48304

000103P001-1247S-481
Seyburn, Kahn Ginn, et al.
Leslie Stein
2000 Town Center
Suite 1500
Southfield MI 48075-1195

000159P002-1247S-481
Seyburn, Kahn, Ginn, et al.
Steven Alexsy
2000 Town Center, #1500
Southfield MI 48075-1195

000174P001-1247S-481
Shumaker, Loop & Kendrick, LLP
H. Buswell Roberts, Jr., Esq.
1000 Jackson Street
Toledo OH 43624

000088P001-1247S-481
Silverman & Morris P.L.L.C.
Thomas R. Morris
7115 Orchard Lake Road
Ste. 500
West Bloomfield MI 48322

000172P002-1247S-481
Smith, Gambrell & Russell
Barbara Ellis-Monro, Esq.
1230 Peachtree Street, N.E.
Suite 3100
Atlanta GA 30309-3592

000173P001-1247S-481
Sony Electronics Inc.
Lloyd B. Sarakin
1 Sony Drive, MD #1E-4
Park Ridge NJ 07656

000120P001-1247S-481
Steven A. Simon P.C.
Steven A. Simon
3250 W. Big Beaver
Suite 344
Troy MI 48084-2902

000229P001-1247S-481
Stevenson & Bullock, P.L.C.
Ernest M. Hassan
29200 Southfield Rd., Suite 210
Southfield MI 48076

000055P001-1247S-481
Stutman Treister & Glatt
Frank A. Merola
1901 Avenue of the Stars
12th Floor
Los Angeles CA 90067

# Plastech Engineered Products
## Electronic Mail
## Exhibit Pages

000113P001-1247S-481
Smtman, Treister & Glatt
Attn: Eric D. Goldberg, Esq.
1901 Avenue of the Stars
12th Floor
Los Angeles CA 90067

000223P001-1247S-481
Sullivan & Leavitt, P.C.
Michael J. Leavitt, Esq.
P.O. Box 5490
Northville MI 48167

000224P001-1247S-481
Sullivan & Leavitt, P.C.
Gregory P. DeGraff, Esq.
P.O. Box 5490
Northville MI 48167

000197P001-1247S-481
Sullivan, Ward, Asher & Patton, P.C.
Seth P. Tompkins, Esq.
25800 Northwestern Highway
Suite 1000
Southfield MI 48075-1000

000029P003-1247S-481
THE DOW CHEMICAL CO.
ATTN: LEE H. SJOBERG, ESQ.
CORP. & FINANCIAL LAW
2030 DOW CENTER
MIDLAND MI 48674

000181P001-1247S-481
The Quinn Law Firm
Nicholas R. Pagliari
2222 W. Grandview Blvd.
Erie PA 16506

000209P001-1247S-481
Thompson Hine LLP
Jeremy M. Campana
3900 Key Center
127 Public Square
Cleveland oh 44114-1291

000082P001-1247S-481
Troutman Sanders LLP
Mitchel H. Perkiel, Esq.
The Chrysler Building
405 Lexington Avenue
New York NY 10174

000040P002-1247S-481
United Steelworkers
David R. Jury
Five Gateway Center
Room 807
Pittsburgh PA 15222

000018P002-1247S-481
VARNUM RIDDERING ET AL
ATTN: MICHAEL S. MCELWEE
333 BRIDGE STREET, N.W.
SUITE 1700
GRAND RAPIDS MI 49504

000140P003-1247S-481
Varnum, Riddering, et al.
Jason W. Bank, Esq
39500 High Points Blvd.
Suite 350
Novi MI 48375

000099P001-1247S-481
Vedder Price P.C.
Ryan O. Lawlor
222 North LaSelle Street
Suite 2600
Chicago IL 60601

000170P001-1247S-481
Vinson & Elkins LLP
John E. West, Esq.
2500 First City Tower
1001 Fannin Street
Houston TX 77002

000217P001-1247S-481
WALTON & DONNELLY, P.C.
David G. Michael
1550 Buhl Building
535 Griswold Street
Detroit MI 48226

000218P001-1247S-481
WALTON & DONNELLY, P.C.
Jonathan T. Walton, Jr.
1550 Buhl Building
535 Griswold Street
Detroit MI 48226

000050P001-1247S-481
Waller Lansden Dortch Davis
Michael R. Paslay, Esq.
511 Union Street
Suite 2700
Nashville TN 37219

000169P001-1247S-481
Warner Norcorss & Judd LLP
Michael G. Cruse
2000 Town Center
Suite 2700
Southfield MI 48075-1318

000180P001-1247S-481
Warner Norcross & Judd LLP
Gordon J. Toering, Esq.
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids MI 49503

000221P001-1247S-481
Warner, Norcross & Judd LLP
Stephen B. Grow, Esq.
111 Lyon Street NW, Suite 900
Grand Rapids MI 49503

000094P001-1247S-481
Weinner & Gould, P.C.
David H. Ellenbogen
950 West University Drive
Suite 350
Rochester MI 48307

000194P002-1247S-481
Weisman, Young, Schloss & Ruemenapp, P.C.
John A. Ruemenapp, Esq.
30100 Telegraph Road, Suite 428
Bingham Farms MI 48025

000107P001-1247S-481
Winston & Strawn LLP
Brian I. Swett
35 West Wacker Drive
Chicago IL 60601

000108P002-1247S-481
Winston & Strawn LLP
Carey D. Schreiber
200 Park Avenue
New York NY 10166

000109P002-1247S-481
Winston & Strawn LLP
Myja K. Kjaer
35 West Wacker Drive
Chicago IL 60601

000124P001-1247S-481
Wood Kull Herschfus et al.
Robert J. Kull
37000 Grand River Ave.
Suite 290
Farmington Hills MI 48335-2881

# Plastech Engineered Products
## Electronic Mail
### Exhibit Pages

055408P001-1247A-481
DYKEMA GOSSETT PLLC
RONALD L. ROSE, ESQ.
39577 WOODWARD AVENUE
BLOOMINGFIELD HILLS MI 48304

053307P004-1247A-481
ERMAN TEICHER MILLER ZUCKER & FREEDMAN, P.C.
JULIE BETH TEICHER, ESQ.
400 GALLERIA OFFICENTRE
SUITE 444
SOUTHFIELD MI 48034

054979P001-1247A-481
HOWARD & HOWARD ATTORNEYS PC
LISA S. GRETCHKO
THE PINEHURST OFFICE CENTER
SUITE 101
BLOOMFIELD HILLS MI 48304-5151

053304P001-1247A-481
JACOB & WEINGARTEN, P.C.
HOWARD S. SHER
2301 W. BIG BEAVER
SUITE 777
TROY MI 48084

055433P001-1247A-481
JACOB & WEINGARTEN, PC
ATTN: MICHELLE L. WALTON, ESQ.
2301 WEST BIG BEAVER RD., STE. 777
TROY MI 48034

054465P002-1247A-481
JAFFE RAITT HEUER & WEISS
ALICIA S. SCHEHR, ESQ.
27777 FRANKLIN ROAD
SUITE 2500
SOUTHFIELD MI 48034

055173P001-1247A-481
KOTZ, SANGSTER, WYSOCKI & BERG, P.C.
JAYSON M. MACYDA, ESQ.
400 RENAISSANCE CENTER
SUITE 3400
DETROIT MI 48243

055285P001-1247A-481
KOTZ, SANGSTER, WYSOCKI & BERG, P.C.
ATTN: FREDERICK BERG, JR., ESQ.
400 RENAISSANCE CENTER
SUITE 3400
DETROIT MI 48243

055292P001-1247A-481
MADDIN, HAUSER, WARTELL, ROTH & HELLER, P.C.
MICHAEL S. LEIB, ESQ.
THIRD FLOOR ESSEX CENTRE
28400 NORTHWESTERN HIGHWAY
SOUTHFIELD MI 49034-8004

052916P002-1247A-481
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
C/O COUNSEL FOR NORTH AMERICAN LIGHTING, INC.
ATTN: GARY VIST, ESQ.
203 NORTH LASALLE STREET, SUITE 2500
CHICAGO IL 60601-1262

055360P001-1247A-481
MASUDA, FUNAI, EIFERT & MITCHELL, LTD.
ATTN: REIN KRAMMER, ESQ.
COUNSEL FOR FORSTER ELECTRIC USA, INC.
203 NORTH LASALLE STREET
SUITE 2500
CHICAGO IL 60601

055359P001-1247A-481
MCDONALD HOPKINS PLC
ATTN: THOMAS K. LINDAHL, ESQ.
COUNSEL FOR FORSTER ELECTRIC USA, INC.)
39533 WOODWARD AVENUE
SUITE 318
BLOOMFIELD HILLS MI 48304

055344P001-1247A-481
MICHAEL MCCRORY, ESQ.
COUNSEL FOR NAVISTAR

054519P001-1247A-481
PLUNKETT COONEY
ATTN: MICHAEL A. FLEMING, ESQ.
38505 WOODWARD AVENUE
SUITE 2000
BLOOMFIELD HILLS MI 48304

055405P001-1247A-481
ROSNER, NOCERA & RAGONE, LLP
JOHN A. NOCERA, ESQ.
110 WALL STREET, 23RD FLOOR
NEW YORK NY 10005

055406P001-1247A-481
ROSNER, NOCERA & RAGONE, LLP
PETER A. RAGONE, ESQ.
110 WALL STREET, 23RD FLOOR
NEW YORK NY 10005

055407P001-1247A-481
ROSNER, NOCERA & RAGONE, LLP
JOHN P. FOUDY, ESQ.
110 WALL STREET, 23RD FLOOR
NEW YORK NY 10005

054356P001-1247A-481
SILVERMAN & MORRIS, P.L.L.C.
THOMAS R. MORRIS, ESQ.
7115 ORCHARD LAKE ROAD
SUITE 500
WEST BLOOMFIELD MI 48322

054449P001-1247A-481
VARNUM RIDDERING SCHMIDT & HOWLETT, LLP
JASON W. BANK, ESQ.
39500 HIGH POINTE BLVD.
SUITE 350
NOVI MI 48375

055349P001-1247A-481
WARNER NORCROSS & JUDD, LLP
ATTN: MICHAEL O'NEAL, ESQ.
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS MI 49503-2487

# EXHIBIT 2

000207P001-1247S-481
Assistant Attorney General
Dennis J. Raterink, Esq.
State of Michigan, Labor Division
P.O. Box 30736
Workers Compensation Unit
Lansing MI 48909

000202P001-1247S-481
Attorney General
Michael A. Cox, Esq.
3030 W. Grand Blvd., Ste. 9-600
Detroit MI 48202

000073P001-1247S-481
Barnes & Thornburg LLP
Patrick E. Mears
300 Ottawa Avenue, NW
Suite 500
Grand Rapids MI 49503

000084P001-1247S-481
Barris Scott Denn & Driker
C. David Bargamian
211 West Fort Street
15th Floor
Detroit MI 48226

000146P002-1247S-481
Barris, Sott, Denn, et al.
Leo J. Gibson
211 West Fort Street, 15th Floor
Detroit MI 48226

000179P001-1247S-481
Clark Hill PLLC
Brian M. Ziff, Esq.
500 Woodward Avenue
Suite 3500
Detroit MI 48226-3435

000023P001-1247A-481
DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN: DIRECTOR
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON DC 20044

000025P001-1247A-481
ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF GENERAL COUNSEL
U.S. EPA MAILCODE 2377R
1300 PENNSYLVANIA AVENUE, N.W.
WASHINGTON DC 20004

000026P002-1247A-481
ENVIRONMENTAL PROTECTION AGENCY
DIANA SAENZ
1200 PENNSYLVANIA AVENUE NW
SUITE 4209
WASHINGTON DC 20004

000077P002-1247S-481
Foster Swift Collins & Smith
Scott A. Chernich
313 South Washington Square
Lansing MI 48933

000227P001-1247S-481
Haynes & Boone, LLP
Charles A. Beckham, Jr., Esq.
1221 McKinney Street, Suite 2100
Houston TX 77010

000020P001-1247A-481
INTERNAL REVENUE SERVICE
ATTN: DISTRICT DIRECTOR SPF
4477 MICHIGAN AVE.
DETROIT MI 48226

000021P001-1247A-481
INTERNAL REVENUE SERVICE
SBSE/INSOLVENCY UNIT
BOX 330500-STOP 15
DETROIT MI 48232

000166P003-1247S-481
Jones, Walker, Waechter, et al
R. Patrick Vance, Esq.
201 St. Charles Avenue
49th Floor
New Orleans LA 70170

000043P004-1247S-481
Kegler, Brown, Hill & Ritter LPA
Kenneth R. Cookson, Esq.
65 E. State Street
Capital Square, Suite 1800
Columbus OH 43215

000044P001-1247S-481
Kegler, Brown, Hill & Ritter, LPA
Stewart H. Cups, Esq.
65 State Street
Capitol Square, Suite 1800
Columbus OH 43215

000137P001-1247S-481
Kilpatrick & Associates, P.C.
Ricardo I. Kilpatrick
903 North Opdyke Road, Suite C
Auburn Hills MI 48326

000149P003-1247S-481
Mesirow Financial Consulting
Larry H. Lattig
2828 Routh Street, Suite 650
Dallas TX 75201

000183P002-1247S-481
Missouri Department of Revenue
Jeremiah W. Nixon, Attorney General
c/o Steven, A. Ginther, Special Asst. Atty General
General Counsel's Office
PO Box 475, 301 W. High Street, Room 70
Jefferson City MO 65105-0475

000227P006-1247A-481
NATIONAL ASSOCIATION OF
ATTORNEYS GENERAL
KAREN CORDRY, ESQ.
NAAG BANKRUPTCY COUNSEL
2030 M ST NW FL 8
WASHINGTON DC 20036-3306

000148P002-1247S-481
Office of the U.S. Attorney
Julia C. Pidgeon, Esq.
Assistant U.S. Attorney
Suite 2001
211 W. Fort Street
Detroit MI 48226

000142P001-1247S-481
Pension Benefit Guaranty
Deva A. Kyle
1200 K Street, N.W.
Washington DC 20005-4026

000186P002-1247S-481
Platzer, Swergold, Karlin, Levine, Goldberg & Jasl
Steven Karlin, Esq.
1065 Avenue of the Americas
New York NY 10018

000187P002-1247S-481
Platzer, Swergold, Karlin, Levine, Goldburg & Jasl
Evan Salus, Esq.
1065 Avenue of the Americas
New York NY 10018

000171P001-1247S-481
RLI Insurance Company
Martha K. Weissbaum
505 14th Street, Suite 1100
Oakland CA 94612

000214P001-1247S-481
Ryan B. Moran, PLLC
28000 Woodward Ave., Suite 201
Royal Oak MI 48067

000024P001-1247A-481
SECRETARY OF TREASURY
15TH & PENNSYLVANIA AVENUE, N.W.
WASHINGTON DC 20020

000018P002-1247A-481
SECURITIES & EXCHANGE COMMISSION
ATTN: MICHAEL A. BERMAN
100 F STREET NE
WASHINGTON DC 20549

000019P002-1247A-481
SECURITIES & EXCHANGE COMMISSION
NATHAN FUCHS, ESQ.
NEW YORK OFFICE
233 BROADWAY
NEW YORK NY 10279

053056P001-1247A-481
SECURITIES & EXCHANGE COMMISSION
ATTN: BANKRUPTCY UNIT
15TH & PENNSYLVANIA AVENUE, N.W.
WASHINGTON DC 20020

000210P001-1247S-481
Smith Haughey Rice & Roegge
Daniel M. Morley, Esq.
202 East State Street
Traverse City MI 49684

000127P002-1247S-481
State of MI - Dept of Treasury
Deborah Waldmeir
Cadillac Place, Ste 10-200
3030 W. Grand Blvd.
Detroit MI 48202

# Plastech Engineered Products
## Exhibit Pages

000128P001-1247S-481
State of MI - Dept of Treasury
Michael A. Cox
Cadillac Place , Ste 10-200
3030 W. Grand Blvd.
Detroit MI 48202

000161P002-1247S-481
Strobl & Sharp, P.C.
Steven D. Szuch
300 East Long Lake Road
Suite 200
Bloomfield Hills MI 48304

000067P001-1247S-481
Taubman Nadis & Neuman P.C.
Phillip J. Neuman
32255 Northwestern Hwy.
Ste. 200
Farmington Hills MI 48334

000216P001-1247S-481
Tennessee Department of Revenue
c/o TN Attorney Generals Office, Bankruptcy Divisi
PO Box 20207
Nashville TN 37202-0207

000022P001-1247A-481
UNITED STATES ATTORNEYS OFFICE
ATTENTION: CIVIL DIVISION
211 W. FORT STREET
SUITE 2001
DETROIT MI 48226

000138P001-1247S-481
VW Credit, Inc.
P.O. Box 829009
Dallas TX 75382-9009

000022P002-1247S-481
WRIGHT EXPRESS
ATTN: MARGENE YOUNG
97 DARLING AVENUE
SOUTH PORTLAND ME 04106

000215P001-1247S-481
Weltman, Weinberg & Reis Co., LPA
Panayiotis Marsellis, Esq.
2155 Butterfield Drive
Suite 200-S
Troy MI 48084

000101P001-1247S-481
Workers' Compensation Unit
Jessica E. LePine
Assistant Attorney General
P.O. Box 30736
Labor Division
Lansing MI 48909

055399P001-1247A-481
DILWORTH PAXSON, LLP
ATTN: MARTIN J. WEIS, ESQ.
CENTER SQUARE
1500 MARKET STREET, SUITE 3500E
PHILADELPHIA PA 19102-2101

054895P001-1247A-481
JACOB & WEINGARTEN, PC
ROBERT K. SIEGEL, ESQ.
2301 W. BIG BEAVER, SUITE 777
TROY MI 48084

055432P001-1247A-481
KEMP KLEIN LAW FIRM
ATTN: NORMAN D. ORR, ESQ.
301 W. BIG BEAVER RD., STE. 600
TROY MI 48084

054896P001-1247A-481
KILPATRICK & ASSOCIATES, P.C.
LENORA K. BAUGHMAN, ESQ.
903 NORTH OPDYKE, SUITE C
AUBURN HILLS MI 48326

055366P001-1247A-481
MICHIGAN ECONOMIC GROWTH AUTHORITY
P.O. BOX 30234
LANSING MI 48909

053203P001-1247A-481
RICHARD O I. KILPATRICK
KILPATRICK & ASSOCIATES, P.C.
903 N. OPDYKE ROAD
SUITE C
AUBURN HILLS MI 48326

055345P001-1247A-481
VARNUM, RIDDERING, SCHMIDT & HOWLETT, LLP
ATTN: MARY KAY SHAVER, ESQ.
BRIDGEWATER PLACE
P.O. BOX 352
GRAND RAPIDS MI 49501-352

055401P001-1247A-481
WARNER NORCROSS & JUDD LLP
MICHAEL CRUSE, ESQ
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS MI 49503-2487

055348P001-1247A-481
WARNER NORCROSS & JUDD, LLP
ATTN: STEPHEN GROW, ESQ.
COUNSEL FOR NETSHAPE INTERNATIONAL LLC)
900 FIFTH THIRD CENTER
111 LYON STREET, NW
GRAND RAPIDS MI 49503-2487