```
IN THE UNITED STATES BANKRUPTCY COURT
     FOR THE EASTERN DISTRICT OF MICHIGAN
              SOUTHERN DIVISION

- - - - - - - - - - - - - - - - x
                                :
In re:                          :   Chapter 11
                                :
PLASTECH ENGINEERED PRODUCTS,   :   Case No. 08-42417 (PJS)
INC., et al.,¹                  :
                                :
          Debtors.              :   Jointly Administered
                                :
                                :
- - - - - - - - - - - - - - - - x
```

**NOTICE OF (A) ENTRY OF ORDER CONFIRMING FIFTH
AMENDED JOINT PLAN OF LIQUIDATION PROPOSED BY
PLASTECH ENGINEERED PRODUCTS, INC., ITS SUBSIDIARY
DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
(B) EFFECTIVE DATE AND (C) BAR DATES FOR FILING ADMINISTRATIVE
CLAIMS, PROFESSIONAL FEE CLAIMS AND CONTRACT/LEASE
REJECTION DAMAGES CLAIMS**

**PLEASE TAKE NOTICE that:**

      1.    On December 18, 2008, the United States Bankruptcy Court for the Eastern District of Michigan (the "Bankruptcy Court") entered an Order Confirming the Fifth Amended Joint Plan of Liquidation Proposed by Plastech Engineered Products, Inc., Its Subsidiary Debtors and the Official Committee of Unsecured Creditors² (the "Confirmation Order"). The Confirmation Order was duly docketed in the Office of the Clerk of the United States Bankruptcy Court for the Eastern District of Michigan (Docket No. 4186).

      2.    Copies of the Confirmation Order and Plan are available from the claims agent upon <u>written</u> request to Donlin, Recano & Company, Inc. Re: Plastech Engineered Products, Inc.,

---

[1]  The Debtors are the following entities: Plastech Engineered Products, Inc. ("Plastech"), LDM Technologies, Inc., Plastech Frenchtown, Inc., Plastech Decorating Systems, Inc., Plastech Exterior Systems, Inc., Plastech Romulus, Inc., MBS Polymet, Inc., LDM Holding Canada, Inc., and LDM Holding Mexico, Inc.

[2]  Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to such terms in the Fifth Amended Joint Plan of Liquidation Proposed by Plastech Engineered Products, Inc., Its Subsidiary Debtors and the Official Committee of Unsecured Creditors (the "Plan") or the Confirmation Order, as applicable.

et al., P.O. Box 899, Madison Square Station, New York, NY 10010, or if by hand-delivery or overnight courier, Donlin, Recano & Company, Inc. Re: Plastech Engineered Products, Inc., et al., 419 Park Avenue South, Suite 1206, New York, NY 10016 or by visiting www.donlinrecano.com.  Parties also may obtain a copy of the Confirmation Order and Plan online through the Bankruptcy Court website at www.mieb.uscourts.gov (a PACER account is required).

       3.    On December 31, 2008, the Plan became effective in accordance with its terms as set forth in Section VIII(B) of the Plan (the "Effective Date").

       4.    In accordance with Section IX(C) of the Plan, **all Administrative Claims arising after May 30, 2008 shall be filed with Donlin, Recano & Company, Inc. ("Donlin")** at either of the following addresses:

By Mail –

    Donlin, Recano & Company, Inc.,
    as Agent for the United States Bankruptcy Court
    Re: Plastech Engineered Products, Inc., et al.,
    Claims Processing
    P.O. Box 899, Madison Square Station
    New York, NY 10010

By Hand-Delivery or Overnight Courier –

    Donlin, Recano & Company, Inc.
    as Agent for the United States Bankruptcy Court
    Re: Plastech Engineered Products, Inc., et al.,
    Claims Processing
    419 Park Avenue South, Suite 1206
    New York, NY 10016

**Each Administrative Claim must be delivered to and received by Donlin no later than 5:00 p.m., Eastern Time on March 2, 2009, unless otherwise ordered by the Bankruptcy Court (the "Final Administrative Claims Bar Date").**  Any Administrative Claim may be submitted in person or by courier service, hand delivery or mail addressed to Donlin at the foregoing specified addresses.  Any Administrative Claim submitted by facsimile will not be accepted and will not be deemed filed until such Administrative Claim is submitted by one of the methods described in the foregoing sentence.  Any Administrative Claim will be deemed filed only when actually received by Donlin.  Each Administrative Claim must also be served on (i) Plastech Engineered Products, Inc., 4 Mt. Royal

2

Avenue, Suite 420, Marlboro, MA 01752 (Attn: James Carroll), the Liquidating Trustee; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 (Attn: Gregg M. Galardi, Esq.) and Allard & Fish, P.C., 535 Griswold, Suite 2600, Detroit, MI, 46226 (Attn: Deborah Fish, Esq.), counsel for the Liquidating Trustee; and (iii) Clark Hill PLC, 500 Woodward Avenue, Suite 3500, Detroit, Michigan 48226 (Attn: Robert D. Gordon, Esq.), counsel for the Post-Effective Date Committee.

5. In accordance with Section IX(A) of the Plan, **all final requests for payment of Professional Fee Claims pursuant to sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code (the "Final Fee Applications") must be filed with the Bankruptcy Court no later than <u>February 16, 2009</u>. Objections, if any, to the Final Fee Applications must be filed and served on each of** (i) Plastech Engineered Products, Inc., 4 Mt. Royal Avenue, Suite 420, Marlboro, MA 01752 (Attn: James Carroll), the Liquidating Trustee; (ii) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 (Attn: Gregg M. Galardi, Esq.) and Allard & Fish, P.C., 535 Griswold, Suite 2600, Detroit, MI, 46226 (Attn: Deborah Fish, Esq.), counsel for the Liquidating Trustee; (iii) Clark Hill PLC, 500 Woodward Avenue, Suite 3500, Detroit, Michigan 48226 (Attn: Robert D. Gordon, Esq.), counsel for the Post-Effective Date Committee; (iv) the requesting Professional; and (v) the Office of the U.S. Trustee for the Eastern District of Michigan, 211 West Fort Street, Suite 700, Detroit, MI 48226 (Attn: Stephen Spence), so as to actually be received **<u>no later than twenty (20) days from the date on which each such Final Fee Application is served and filed</u>**.

6. In accordance with Section VII(B) of the Plan**, if the rejection of an executory contract or unexpired lease pursuant to the Plan gives rise to a Claim, then such Claim shall be forever barred and shall not be enforceable against the applicable Debtor or its Estate, the Liquidating Trust, or their respective successors or properties unless a Proof of Claim is filed with Donlin** at either of the following addresses:

By Mail –

Donlin, Recano & Company, Inc.,
as Agent for the United States Bankruptcy Court
Re: Plastech Engineered Products, Inc., <u>et</u> <u>al.</u>,
Claims Processing
P.O. Box 899, Madison Square Station

3

New York, NY 10010

By Hand-Delivery or Overnight Courier –

Donlin, Recano & Company, Inc.
as Agent for the United States Bankruptcy Court
Re: Plastech Engineered Products, Inc., <u>et</u> <u>al.</u>,
Claims Processing
419 Park Avenue South, Suite 1206
New York, NY 10016

**<u>within thirty (30) days after service of this notice</u>** or such other date as is prescribed by the Bankruptcy Court. Each Proof of Claim must also be served on (i) Plastech Engineered Products, Inc., 4 Mt. Royal Avenue, Suite 420, Marlboro, MA 01752 (Attn: James Carroll), the Liquidating Trustee; and (ii) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 (Attn: Gregg M. Galardi, Esq.) and Allard & Fish, P.C., 535 Griswold, Suite 2600, Detroit, MI, 46226 (Attn: Deborah Fish, Esq.), counsel for the Liquidating Trustee.

Dated:   Detroit, Michigan
         December 31, 2008

　　　　　　　　　　/s/   Gregg M. Galardi
　　　　　　　　　Gregg M. Galardi
　　　　　　　　　Sarah E. Pierce
　　　　　　　　　Kristhy M. Peguero
　　　　　　　　　Skadden, Arps, Slate, Meagher
　　　　　　　　　　 & Flom LLP
　　　　　　　　　One Rodney Square
　　　　　　　　　P.O. Box 636
　　　　　　　　　Wilmington, Delaware 19899-0636
　　　　　　　　　(302) 651-3000
　　　　　　　　　kristhy.peguero@skadden.com

　　　　　　　　　　　- and -

　　　　　　　　　Deborah L. Fish (P36580)
　　　　　　　　　Allard & Fish, P.C.
　　　　　　　　　535 Griswold, Suite 2600
　　　　　　　　　Detroit, Michigan 46226
　　　　　　　　　(313) 961-6141
　　　　　　　　　dfish@allardfishpc.com

　　　　　　　　　Counsel for Debtors and
　　　　　　　　　Debtors in Possession

4