IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - - x
::::::::::::::::::::::::::::::::

In re: : Chapter 11

PLASTECH ENGINEERED PRODUCTS, : Case No. 08-42417 (PJS)
INC., et al., :

              Debtors. : Jointly Administered
- - - - - - - - - - - - - - - x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                    ) ss:
COUNTY OF NEW YORK )

I, Sung Kim declare:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Donlin, Recano & Company, Inc., 419 Park Avenue South, Suite 1206, New York, NY 10016.

3. On the 6th day of January 2009, I caused a true and accurate copy of the "Notice Of (A) Entry Of Order Confirming Fifth Amended Joint Plan Of Liquidation Proposed By Plastech Engineered Products, Inc., Its Subsidiary Debtors And The Official Committee Of Unsecured Creditors (B) Effective Date And (C) Bar Dates For Filing Administrative Claims, Professional Fee Claims And Contract/Lease Rejection Damages Claims" *(Docket No. 4261)*, to be served upon each of the parties listed on Exhibit 1, attached hereto, via electronic mail.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of January 2009 at New York, New York.

By /s/ Sung Joe Kim
      Sung Kim

Sworn before me this
7th day of January 2009

/s/ William Andrew Logan
Notary Public

WILLIAM ANDREW LOGAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02LO6103254
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES December 22, 2011

PLASTECHENGINEERED00554

# EXHIBIT 1

| | | | |
|---|---|---|---|
| 000003P001-1247A-554<br>ALLARD & FISH, P.C.<br>DEBORAH L. FISH, ESQ.<br>TIMOTH GRAVES, ESQ.<br>535 GRISWOLD STREET<br>DETROIT MI 48236 | 000009P002-1247S-554<br>ALLARD & FISH, P.C.<br>ATTN: RALPH R. MCKEE, ESQ.<br>2600 BUHL BUILDING<br>535 GRISWOLD STREET<br>DETROIT MI 48236 | 000011P003-1247A-554<br>ALVAREZ & MARSAL<br>ROBERT CARUSO<br>55 WEST MONROE STREET<br>SUITE 4000<br>CHICAGO IL 60603 | 000110P001-1247S-554<br>Abbott, Nicholson et al.<br>Daniel G. Kielczewski<br>300 River Place<br>Suite 3000<br>Detroit MI 48207 |
| 000203P001-1247S-554<br>Assistant Attorney General<br>Ronald Hwang, Esq.<br>3030 W. Grand Blvd., Ste. 9-600<br>Detroit MI 48202 | 000208P001-1247S-554<br>Assistant Attorney General<br>John Mark Stern, Esq.<br>Bankruptcy & Collection Division<br>P.O. Box 12548<br>Austin TX 78711-2548 | 000008P001-1247S-554<br>BARNES & THORNBURG LLP<br>ATTN: JOHN T. GREGG<br>300 OTTAWA AVENUE, NW<br>SUITE 500<br>GRAND RAPIDS MI 49503 | 000078P002-1247S-554<br>BASELL USA, INC.<br>Scott Salerni<br>Delaware Corporate Center II<br>2 Righter Parkway<br>Ste. 300<br>Wilmington DE 19803 |
| 000143P002-1247S-554<br>BMC Group<br>Alan Dalsass<br>875 Third Avenue<br>5th Floor<br>New York NY 10022-6226 | 000195P001-1247S-554<br>BUTZEL LONG, P.C.<br>Matthew E. Wilkins<br>150 W. Jefferson, Suite 100<br>Detroit MI 48226 | 000068P002-1247S-554<br>Barack Ferrazzano et al.<br>William J. Barrett<br>200 West Madison Street<br>Suite 3900<br>Chicago IL 60606 | 000069P002-1247S-554<br>Barack Ferrazzano et al.<br>Matthew A. Swanson<br>200 West Madison Street<br>Suite 3900<br>Chicago IL 60606 |
| 000121P001-1247S-554<br>Barack Ferrazzano et al.<br>Kimberly J. Robinson, Esq.<br>200 West Madison Street<br>Suite 3900<br>Chicago IL 60606 | 000045P001-1247S-554<br>Barnes & Thornburg LLP<br>Deborah L. Thorne<br>One North Wacker Drive<br>Suite 4400<br>Chicago IL 60606 | 000150P001-1247S-554<br>Barnes & Thornburg LLP<br>Michael K. McCrory, Esq.<br>11 South Meridian Street<br>Indianapolis IN 46204 | 000158P001-1247S-554<br>Bartlett Hackett Feinberg P.C.<br>Frank F. McGinn<br>155 Federal Street, 9th Floor<br>Boston MA 02110 |
| 000117P001-1247S-554<br>Becket and Lee LLP<br>Gilbert B. Weisman<br>P.O. Box 3001<br>Malvern PA 19355-0701 | 000091P001-1247S-554<br>Bernardi Ronayne & Glusac<br>Rodney M. Glusac<br>1058 Maple Street<br>Suite 100<br>Plymouth MI 48170 | 000213P001-1247S-554<br>Bingham McCutchen LLP<br>Milissa A. Murray<br>2020 K Street, NW<br>Washington DC 20006 | 000165P002-1247S-554<br>Black, McCuskey, Souers et al.<br>Chrysanthe E. Vassiles, Esq.<br>220 Market Avenue South<br>Suite 1000<br>Canton OH 44702 |
| 000160P001-1247S-554<br>Blank Rome LLP<br>Raymond M. Patella<br>One Logan Square<br>Philadelphia PA 19103 | 000081P001-1247S-554<br>Bodman LLP<br>Marc M. Bakst<br>1901 St. Antoine<br>6th Floor at Ford Field<br>Detroit MI 48226 | 000087P001-1247S-554<br>Bodman LLP<br>David J. Nowaczewski<br>1901 St. Antoine Street<br>6th Floor at Ford Field<br>Detroit Mi 48226 | 000182P001-1247S-554<br>Bolhouse, Vander Hulst, Risko & Baar, P.C.<br>David S. Lefere<br>Grandville State Bank Building<br>3996 Chicago Drive, SW<br>Grandville MI 49418 |
| 000139P002-1247S-554<br>Brice, Vander Linden et al.<br>Joe M. Lozano, Jr., Esq.<br>9441 LBJ Freeway, Suite 350<br>Dallas TX 75243 | 000145P001-1247S-554<br>Briggs and Morgan, P.A.<br>Michael D. Gordon<br>2200 IDS Center<br>80 South 8th Street<br>Minneapolis MN 55402 | 000141P001-1247S-554<br>Buchalter Nemer, A Professional Corporation<br>Shawn M. Christianson, Esq.<br>333 Market Street, 25th Floor<br>San Francisco CA 94105-2126 | 000026P003-1247S-554<br>Bureau Of Workers' Comp<br>Attn: Larry Rhodebeck<br>30 West Spring Street<br>Level 26<br>Columbus OH 43215 |
| 000052P001-1247S-554<br>Burr & Forman LLP<br>Robert B. Rubin<br>420 North 20th Street<br>Suite 3400<br>Birmingham AL 35203 | 000053P001-1247S-554<br>Burr & Forman LLP<br>Derek F. Meek<br>420 North 20th Street<br>Suite 3400<br>Birmingham AL 35203 | 000054P001-1247S-554<br>Burr & Forman LLP<br>Jennifer A. Harris<br>420 North 20th Street<br>Suite 3400<br>Birmingham AL 35203 | 000129P001-1247S-554<br>Butzel Long<br>Thomas B. Radom, Esq.<br>Stoneridge West<br>41000 Woodward Avenue<br>Bloomfield Hills MI 48304 |

| | | | |
|---|---|---|---|
| 000014P005-1247S-554<br>COMERICA BANK<br>MICHAEL D. BOUTELL, ESQ.<br>500 WOODWARD AVENUE<br>P.O. Box 75000<br>DETROIT MI 48275-3391 | 000007P001-1247A-554<br>CONWAY MACKENZIE & DUNLEAVY<br>DONALD S. MACKENZIE<br>401 S. OLD WOODWARD AVE, SUITE 340<br>BIRMINGHAM MI 48009 | 000042P001-1247S-554<br>Charles J. Taunt & Associates<br>Charles J. Taunt, Esq.<br>700 East Maple Road<br>Second Floor<br>Birmingham MI 48009 | 000192P001-1247S-554<br>City Attorney for the City of Port Huron<br>John L. Livesay, Esq.<br>100 McMorran Boulevard<br>Port Huron MI 48060 |
| 000070P002-1247S-554<br>Clark Hill PLLC<br>Robert D. Gordon<br>500 Woodward Avenue<br>Suite 3500<br>Detroit MI 48226-3435 | 000071P002-1247S-554<br>Clark Hill PLLC<br>Joel D. Applebaum<br>500 Woodward Avenue<br>Suite 3500<br>Detroit MI 48226-3435 | 000072P002-1247S-554<br>Clark Hill PLLC<br>Shannon L. Deeby<br>500 Woodward Avenue<br>Suite 3500<br>Detroit MI 48226-3435 | 000178P001-1247S-554<br>Clark Hill PLLC<br>Cynthia M. Filipovich, Esq.<br>500 Woodward Avenue<br>Suite 3500<br>Detroit MI 48226-3435 |
| 000164P001-1247S-554<br>Currie Kendall, PLC<br>William R. Garchow, Esq.<br>6024 Eastman Avenue<br>Midland MI 48640-2518 | 000020P001-1247S-554<br>DAKMAK PEURACH, P.C.<br>ATTN: ROBERT A. PEURACH<br>615 GRISWOLD<br>SUITE 600<br>DETROIT MI 48226 | 000002P002-1247S-554<br>DICKINSON WRIGHT PLLC<br>ATTN: MICHAEL C. HAMMER<br>301 LIBERTY STREET<br>SUITE 500<br>ANN ARBOR MI 48104 | 000028P002-1247S-554<br>DILWORTH PAXSON LLP<br>ATTN: SCOTT J. FREEDMAN<br>LIBERTY VIEW, SUITE 700<br>457 HADDONFIELD ROAD<br>CHERRY HILL NJ 08002 |
| 000100P001-1247S-554<br>Day Pitney LLP<br>Richard M. Meth, Esq.<br>P.O. Box 1945<br>Morristown NJ 07962-1945 | 000156P001-1247S-554<br>Day Pitney LLP<br>Richard M. Meth, Esq.<br>200 Campus Drive<br>Florham Park NJ 07932-0950 | 000097P001-1247S-554<br>Dykema Gossett PLLC<br>Sheryl L. Toby<br>39577 Woodward Ave.<br>Suite 300<br>Bloomfield Hills MI 48304 | 000051P001-1247S-554<br>Erman Teicher Miller Zucker<br>Julie Beth Teicher<br>400 Galleria Officentre<br>Suite 444<br>Southfield MI 48034 |
| 000056P002-1247S-554<br>Erman Teicher Miller Zucker<br>David M. Miller<br>400 Galleria Officentre<br>Ste. 444<br>Southfield MI 48034 | 000064P001-1247S-554<br>Erman Teicher Miller Zucker<br>Dianne S. Ruhlandt<br>400 Galleria Officentre<br>Ste. 444<br>Southfield MI 48034 | 000066P001-1247S-554<br>Erman Teicher Miller Zucker<br>David H. Freedman<br>400 Galleria Officentre<br>Suite 444<br>Southfield MI 48034 | 000152P002-1247S-554<br>Erman Teicher et al.<br>David M. Eisenberg<br>400 Galleria Officentre<br>Suite 444<br>Southfield MI 48034 |
| 000126P001-1247S-554<br>Filardi Law Offices LLC<br>Charles J. Filardi, Jr.<br>65 Trumbull Street<br>Second Floor<br>New Haven CT 06510 | 000162P002-1247S-554<br>Fine & Hatfield<br>J. Beau Dial, Esq.<br>520 N.W. 2nd Street<br>P.O. Box 779<br>Evansville IN 47705-0779 | 000222P001-1247S-554<br>Foley & Lardner LLP<br>Erin L. Toomey, Esq.<br>500 Woodward Ave., Suite 2700<br>Detroit MI 48226 | 000225P001-1247S-554<br>Foster, Swift, Collins & Smith, P.C.<br>Dirk H. Beckwith, Esq.<br>313 South Washington Square<br>Lansing MI 48933 |
| 000201P001-1247S-554<br>Fraser Trebilcock Davis & Dunlap, P.C.<br>Gary C. Roger, Esq.<br>124 W. Allegan, Suite 1000<br>Lansing MI 48933 | 000041P001-1247S-554<br>Frost Brown Todd LLC<br>Robert V. Sartin, Esq.<br>250 West Main Street<br>Suite 2700<br>Lexington KY 40507 | 000125P001-1247S-554<br>Gallagher, Stelzer & Yosick<br>J.T. Stelzer, Esq.<br>216 South Lynn Street<br>Bryan OH 43506 | 000086P002-1247S-554<br>Gibson Dunn & Crutcher LLP<br>Samuel A. Newman<br>333 S. Grand Avenue<br>46th Floor<br>Los Angeles CA 90071 |
| 000090P001-1247S-554<br>Gibson Dunn & Crutcher LLP<br>Dennis Arnold<br>333 S. Grand Avenue<br>46th Floor<br>Los Angeles CA 90071 | 000089P001-1247S-554<br>Gold Lange & Majors PC<br>Donna J. Lehl<br>24901 Northwestern Highway<br>Suite 444<br>Southfield MI 48075 | 000163P001-1247S-554<br>Gust Rosenfeld P.L.C.<br>Madeleine C. Wanslee<br>201 E. Washington<br>Suite 800<br>Phoenix AZ 85004-2327 | 000230P001-1247S-554<br>HONIGMAN MILLER SCHWARTZ AND COHN<br>Daniel W. Linna Jr., Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit MI 48226 |

| | | | |
|---|---|---|---|
| 000184P001-1247S-554<br>Haynes & Boone, LLP<br>Frances A. Smith, Esq.<br>901 Main Street, Suite 3100<br>Dallas TX 75202 | 000226P001-1247S-554<br>Haynes & Boone, LLP<br>Peter C. Ruggero, Esq.<br>1221 McKinney Street, Suite 2100<br>Houston TX 77010 | 000211P001-1247S-554<br>Haynes and Boone, LLP<br>Trey A. Monsour<br>901 Main Street, Suite 3100<br>Dallas TX 75202 | 000212P001-1247S-554<br>Haynes and Boone, LLP<br>Jason B. Binford<br>901 Main Street, Suite 3100<br>Dallas TX 75202 |
| 000005P006-1247S-554<br>Honigman Miller et al<br>Attn: Donald F. Baty, Jr.<br>2290 First National Bldg.<br>660 Woodward Ave., Ste 2290<br>Detroit MI 48226 | 000006P002-1247S-554<br>Honigman Miller et al<br>Attn: Tricia A. Shercik, Esq.<br>2290 First National Bldg<br>660 Woodward Ave, Ste 2290<br>Detroit MI 48226 | 000007P003-1247S-554<br>Honigman Miller et al.<br>Attn: Robert B. Weiss, Esq.<br>2290 First National Building<br>660 Woodward Ave., Ste 2290<br>Detroit MI 48226 | 000085P002-1247S-554<br>Honigman Miller et al.<br>Joseph R. Sgroi<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit MI 48226 |
| 000062P001-1247S-554<br>IBM Corporation<br>Vicky Namken<br>13800 Diplomat Dr.<br>Dallas TX 75234 | 000013P002-1247S-554<br>INTERNATIONAL UNION, UAW<br>ATTN: NIRAJ R. GANATRA<br>8000 E. JEFFERSON AVENUE<br>DETROIT MI 48214 | 000035P001-1247S-554<br>JACK A GIBSON JR., P.C.<br>ATTN: JACK A. GIBSON JR<br>500 RIVER PLACE<br>SUITE 5112<br>DETROIT MI 48207 | 000168P001-1247S-554<br>JAFFE, RAITT, HEUER & WEISS<br>Alicia S. Schehr, Esq.<br>27777 Franklin Road, Suite 2500<br>Southfield MI 48034 |
| 000008P005-1247A-554<br>JONES DAY<br>ROBERT J. GRAVES, ESQ.<br>77 WEST WACKER DRIVE<br>CHICAGO IL 60601 | 052969P005-1247A-554<br>JONES DAY<br>ATTN: BRAD ERENS<br>77 WEST WACKER<br>CHICAGO IL 60601 | 052970P002-1247A-554<br>JONES DAY<br>STEVEN DOMANOWSKI, ESQ.<br>77 WEST WACKER<br>CHICAGO IL 60601 | 000204P001-1247S-554<br>Jackson Walker L.L.P.<br>Bruce J. Ruzinsky<br>1401 McKinney Street, Suite 1900<br>Houston TX 77010 |
| 000205P001-1247S-554<br>Jackson Walker L.L.P.<br>Desiree K. Killen<br>1401 McKinney Street, Suite 1900<br>Houston TX 77010 | 000206P001-1247S-554<br>Jackson Walker L.L.P.<br>Heather M. Forrest<br>901 Main Street, Suite 6000<br>Dallas TX 75202 | 000060P002-1247S-554<br>Jaffe Raitt Heuer & Weiss<br>Paige E. Barr<br>27777 Franklin Road<br>Suite 2500<br>Southfield MI 48034 | 000061P001-1247S-554<br>Jaffe Raitt Heuer & Weiss<br>Louis P. Rochkind<br>27777 Franklin Road<br>Suite 2500<br>Southfield MI 48034 |
| 000063P001-1247S-554<br>Jaffe Raitt Heuer & Weiss<br>Richard E. Kruger<br>27777 Franklin Road<br>Suite 2500<br>Southfield MI 48034 | 000219P001-1247S-554<br>KEATING MUETHING & KLEKAMP PLL<br>Steven C. Coffaro, Esq.<br>One East Fourth Street<br>Suite 1400<br>Cincinnati OH 45202 | 000220P001-1247S-554<br>KEATING MUETHING & KLEKAMP PLL<br>Jason V. Stitt, Esq.<br>One East Fourth Street<br>Suite 1400<br>Cincinnati OH 45202 | 000019P001-1247S-554<br>KEMP KLEIN LAW FIRM<br>ATTN: NORMAN D. ORR<br>201 W. BIG BEAVER ROAD<br>SUITE 600<br>TROY MI 48084 |
| 000032P003-1247S-554<br>Kegler Brown Hill & Ritter LPA<br>Larry J. McClatchey, Esq.<br>65 E. State Street<br>Capitol Square, Suite 1800<br>Columbus OH 43215 | 000191P001-1247S-554<br>Kerr, Russell and Weber, P.C.<br>P. Warren Hunt, Esq.<br>500 Woodward Avenue, Suite 2500<br>Detroit MI 48226 | 000093P001-1247S-554<br>Kilpatrick & Associates, P.C.<br>Leonora K. Baughman<br>903 N. Opdyke Road<br>Suite C<br>Auburn Hills MI 48326 | 000114P002-1247S-554<br>Kilpatrick & Associates, P.C.<br>Richardo I. Kilpatrick<br>615 Griswold<br>Suite 1004<br>Detroit MI 48226-3985 |
| 000154P001-1247S-554<br>Kilpatrick & Associates, P.C.<br>Leonarda K. Baughman, Esq.<br>615 Griswold, Suite 1004<br>Detroit MI 48226 | 000199P001-1247S-554<br>Kotz, Sangster, Wysocki & Berg, P.C.<br>Frederick A. Berg, Jr., Esq.<br>400 Renaissance Center, Suite 3400<br>Detroit MI 48243 | 000036P001-1247S-554<br>LATHAM & WATKINS LLP<br>ATTN: RICHARD A. LEVY<br>SEARS TOWER, SUITE 5800<br>233 SOUTH WACKER DRIVE<br>CHICAGO IL 60606 | 000010P003-1247A-554<br>LATHAM & WATKINS, LLP<br>ATTN: DAVID K. RATHGEBBER, ESQ.<br>233 SOUTH WACKER DRIVE<br>SEARS TOWER, SUITE 5800<br>CHICAGO IL 60606 |

| | | | |
|---|---|---|---|
| 000046P002-1247S-554<br>LATHAM & WATKINS, LLP<br>ATTN: PETER KNIGHT<br>SEARS TOWER, SUITE 5800<br>233 SOUTH WACKER DRIVE<br>CHICAGO IL 60606 | 000005P004-1247A-554<br>LAZARD - FRERES CO. LLC<br>DAVID S. KURTZ, ESQ.<br>190 S. LASALLE STREET<br>31ST FLOOR<br>CHICAGO IL 60603-3498 | 000006P002-1247A-554<br>LAZARD LLC<br>ANDREW YEARLEY<br>30 ROCKEFELLER PLAZA<br>57TH FLOOR<br>NEW YORK NY 10112-6300 | 000065P001-1247S-554<br>Lambert Leser Isackson Cook<br>Susan M. Cook<br>309 Davidson Building<br>P.O. Box 835<br>Bay City MI 48707-0835 |
| 000228P001-1247S-554<br>Lambert, Leser, Isackson, Cook & Giunta, P.C.<br>Rozanne M. Giunta, Esq.<br>P.O. Box 835<br>Bay City MI 48707-0835 | 000200P001-1247S-554<br>Linebarger Goggan Blair & Sampson, LLP<br>Diane W. Sanders, Esq.<br>1949 South IH 35 (78741)<br>P.O. Box 17428<br>Austin TX 78760-7428 | 000136P002-1247S-554<br>Lyden, Liebenthal & Chappell<br>Julie A. Douglas, Esq.<br>5470 Main Street<br>Suite 300<br>Sylvania OH 43560 | 000177P001-1247S-554<br>Lyden, Liebenthal & Chappell, Ltd.<br>Benjamin Z. Heywood, Esq.<br>5470 Main Street, Suite 300<br>Sylvania OH 43560 |
| 000017P003-1247S-554<br>MELAMED, DAILEY ET AL<br>ATTN: FREDERICK MELAMED<br>26611 WOODWARD AVENUE<br>HUNTINGTON WOODS MI 48070 | 000015P005-1247S-554<br>MILLER JOHNSON<br>ATTN: THOMAS P. SARB<br>250 MONROE AVE., STE 800<br>P.O. Box 306<br>GRAND RAPIDS MI 49501-0306 | 000016P005-1247S-554<br>MILLER JOHNSON<br>ATTN: ROBERT D. WOLFORD<br>250 MONROE AVE., STE 800<br>P.O. Box 306<br>GRAND RAPIDS MI 49501-0306 | 000031P003-1247S-554<br>MILLER, CANFIELD, ET AL<br>ATTN: STEPHEN S. LAPLANTE<br>150 WEST JEFFERSON AVE.<br>SUITE 2500<br>DETROIT MI 48226 |
| 000034P003-1247S-554<br>MILLER, CANFIELD, ET AL<br>ATTN: JONATHAN S. GREEN<br>150 W. JEFFERSON AVENUE<br>SUITE 2500<br>DETROIT MI 48226 | 000175P002-1247S-554<br>Maddin, Hauser, Wartell, Roth, & Heller, P.C.<br>Michael S. Leib, Esq.<br>28400 Northwestern Highway, 3rd Floor<br>Southfield MI 48037-0215 | 000189P001-1247S-554<br>Mammina & Ajlouny, P.C.<br>Tanya E. J. Lundberg<br>370 E. Maple Road, Suite 230<br>Birmingham MI 48009 | 000038P003-1247S-554<br>Martens, Ice, Klass, et al<br>John G. Adam<br>306 S. Washington<br>Suite 600<br>Royal Oak MI 48067 |
| 000039P002-1247S-554<br>Martens, Ice, Klass, et al.<br>Stuart M. Israel<br>306 S. Washington<br>Suite 600<br>Royal Oak MI 48067 | 000122P001-1247S-554<br>McDonald Hopkins PLC<br>Jeffrey S. Grasl<br>39533 Woodward Avenue<br>Ste. 318<br>Bloomfield Hills MI 48304 | 000118P001-1247S-554<br>McHugh & McCarthy, Ltd.<br>John J. McHugh, III, Esq.<br>5580 Monroe Street<br>Sylvania OH 43560 | 000119P001-1247S-554<br>McHugh & McCarthy, Ltd.<br>Roxanne L. Mockensturm<br>5580 Monroe Street<br>Sylvania OH 43560 |
| 000185P001-1247S-554<br>Michael J. Kehoe, P.C.<br>224 W. Sibley Street<br>Howell MI 48843 | 000231P001-1247S-554<br>Miller, Canfield, et al.<br>Marc N. Swanson<br>150 W. Jefferson Avenue<br>Suite 2500<br>Detroit MI 48226 | 000075P001-1247S-554<br>Munsch Hardt Kopf & Harr<br>Russell L. Munsch, Esq.<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas TX 75201 | 000076P001-1247S-554<br>Munsch Hardt Kopf & Harr<br>Jay H. Ong, Esq.<br>3800 Lincoln Plaza<br>500 N. Akard Street<br>Dallas TX 75201 |
| 000092P001-1247S-554<br>Myers & Myers. PLLC<br>Kelly A. Myers, Esq.<br>8163 Grand River Avenue<br>Suite 400<br>Brighton MI 48114 | 000104P001-1247S-554<br>Myers Nelson Dillon & Shierk<br>James R. Bruinsma<br>125 Ottawa Ave. N.W.<br>Suite 270<br>Grand Rapids MI 49503-2868 | 000111P001-1247S-554<br>Nathan Zousmer, P.C.<br>Kenneth A. Nathan, Esq.<br>29100 Northwestern Hwy.<br>Suite 260<br>Southfield MI 48034 | 000123P001-1247S-554<br>Norris, McLaughlin & Marcus<br>Robert L. Schmidt, Esq.<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville NJ 08876-1018 |
| 000105P001-1247S-554<br>O'Rourke Katten & Moody<br>Michael C. Moody<br>161 N. Clark St.<br>Suite 2230<br>Chicago IL 60601 | 000106P001-1247S-554<br>O'Rourke Katten & Moody<br>Michael J. O'Rourke<br>161 N. Clark St.<br>Suite 2230<br>Chicago IL 60601 | 000004P002-1247A-554<br>OFFICE OF THE U.S. TRUSTEE<br>ATTN: STEPHEN E. SPENCE<br>211 WEST FORT<br>SUITE 700<br>DETROIT MI 48226 | 000013P001-1247A-554<br>PARKER HUDSON RAINER & DOBBS LLP<br>C. EDWARDS DOBBS, ESQ.<br>1500 MARQUIS TWO TOWER<br>285 PEACHTREE CENTER AVENUE, ME<br>ATLANTA GA 30303 |

| | | | |
|---|---|---|---|
| 000047P001-1247S-554<br>Parker Hudson Rainer & Dobbs<br>Rufus T. Dorsey<br>1500 Marquis Two Tower<br>285 Peachtree Center Ave, N.E.<br>Atlanta GA 30303 | 000102P002-1247S-554<br>Perdue Brandon et al.<br>John T. Banks, Esq.<br>3301 Northland Drive<br>Suite 505<br>Austin TX 78731 | 000074P001-1247S-554<br>Plunkett Cooney<br>Douglas C. Bernstein, Esq.<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills MI 48304 | 000079P001-1247S-554<br>Plunkett Cooney<br>Michael A. Fleming, Esq.<br>38505 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills MI 48304 |
| 000144P002-1247S-554<br>Plunkett Cooney<br>David A. Lerner, Esq.<br>38505 Woodward Avenue, Suite 2000<br>Bloomfield Hills MI 48304 | 000048P002-1247S-554<br>Primeshares<br>Anthony LaGrassa<br>Paralegal<br>60 Madison Avenue<br>2nd Floor<br>New York NY 10011-1600 | 000057P001-1247S-554<br>Ropes & Gray LLP<br>Keith H. Wofford<br>1211 Avenue of the Americas<br>New York NY 10036 | 000058P001-1247S-554<br>Ropes & Gray LLP<br>Nila Winona Williams<br>1211 Avenue of the Americas<br>New York NY 10036 |
| 000059P001-1247S-554<br>Ropes & Gray LLP<br>Stephen Moeller-Sally<br>One International Place<br>Boston MA 02110 | 000232P001-1247S-554<br>Rosner Nocera & Ragone, LLP<br>John A. Nocera, Esq.<br>110 Wall Street, 23rd Floor<br>New York NY 10005 | 000233P001-1247S-554<br>Rosner Nocera & Ragone, LLP<br>Peter A. Ragone, Esq.<br>110 Wall Street, 23rd Floor<br>New York NY 10005 | 000234P001-1247S-554<br>Rosner Nocera & Ragone, LLP<br>John P. Foudy, Esq.<br>110 Wall Street, 23rd Floor<br>New York NY 10005 |
| 052968P001-1247A-554<br>SKADDEN, ARPS, ET AL.<br>SARAH E. PIERCE<br>ONE RODNEY SQUARE<br>10TH & KING STREETS<br>WILMINGTON DE 19801 | 000002P006-1247A-554<br>SKADDEN, ARPS, SLATE, ET AL.<br>GREGG M. GALARDI, ESQ.<br>ONE RODNEY SQUARE<br>10TH & KING STREETS<br>WILMINGTON DE 19801 | 000025P003-1247S-554<br>STEINBERG SHAPIRO & CLARK<br>ATTN: MARK H. SHAPIRO, ESQ.<br>24901 NORTHWESTERN HWY<br>SUITE 611<br>SOUTHFIELD MI 48075 | 000012P001-1247S-554<br>STROBL & SHARP, P.C.<br>ATTN: LYNN M. BRIMER<br>300 EAST LONG LAKE ROAD<br>SUITE 200<br>BLOOMFIELD HILLS MI 48304-2376 |
| 000176P001-1247S-554<br>Sabic Innovative Plastics<br>Val Venable, CCE<br>Creditor Manager - Americas<br>9930 Kincey Avenue<br>Huntersville NC 28078 | 000115P001-1247S-554<br>Schafer and Weiner, PLLC<br>Ryan D. Heilman, Esq.<br>40950 Woodward Avenue<br>Ste. 100<br>Bloomfield Hills MI 48304 | 000116P001-1247S-554<br>Schafer and Weiner, PLLC<br>Michael E. Baum, Esq.<br>40950 Woodward Avenue<br>Ste. 100<br>Bloomfield Hills MI 48304 | 000134P001-1247S-554<br>Schafer and Weiner, PLLC<br>Michael R. Wernette, Esq.<br>40950 Woodward Avenue<br>Ste. 100<br>Bloomfield MI 48304 |
| 000135P001-1247S-554<br>Schafer and Weiner, PLLC<br>Lisa<br>40950 Woodward Avenue<br>Ste. 100<br>Bloomfield Hills MI 48304 | 000193P001-1247S-554<br>Schafer and Weiner, PLLC<br>Brendan G. Best<br>40950 Woodward Avenue, Suite 100<br>Bloomfield Hills MI 48304 | 000103P001-1247S-554<br>Seyburn, Kahn Ginn, et al.<br>Leslie Stein<br>2000 Town Center<br>Suite 1500<br>Southfield MI 48075-1195 | 000159P002-1247S-554<br>Seyburn, Kahn, Ginn, et al.<br>Steven Alexsy<br>2000 Town Center, #1500<br>Southfield MI 48075-1195 |
| 000174P001-1247S-554<br>Shumaker, Loop & Kendrick, LLP<br>H. Buswell Roberts, Jr., Esq.<br>1000 Jackson Street<br>Toledo OH 43624 | 000088P001-1247S-554<br>Silverman & Morris P.L.L.C.<br>Thomas R. Morris<br>7115 Orchard Lake Road<br>Ste. 500<br>West Bloomfield MI 48322 | 000172P002-1247S-554<br>Smith, Gambrell & Russell<br>Barbara Ellis-Monro, Esq.<br>1230 Peachtree Street, N.E.<br>Suite 3100<br>Atlanta GA 30309-3592 | 000173P001-1247S-554<br>Sony Electronics Inc.<br>Lloyd B. Sarakin<br>1 Sony Drive, MD #1E-4<br>Park Ridge NJ 07656 |
| 000229P001-1247S-554<br>Stevenson & Bullock, P.L.C.<br>Ernest M. Hassan<br>29200 Southfield Rd., Suite 210<br>Southfield MI 48076 | 000055P001-1247S-554<br>Stutman Treister & Glatt<br>Frank A. Merola<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles CA 90067 | 000113P001-1247S-554<br>Stutman, Treister & Glatt<br>Attn: Eric D. Goldberg, Esq.<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles CA 90067 | 000223P001-1247S-554<br>Sullivan & Leavitt, P.C.<br>Michael J. Leavitt, Esq.<br>P.O. Box 5490<br>Northville MI 48167 |

| | | | |
|---|---|---|---|
| 000224P001-1247S-554<br>Sullivan & Leavitt, P.C.<br>Gregory P. DeGraff, Esq.<br>P.O. Box 5490<br>Northville MI 48167 | 000197P001-1247S-554<br>Sullivan, Ward, Asher & Patton, P.C.<br>Seth P. Tompkins, Esq.<br>25800 Northwestern Highway<br>Suite 1000<br>Southfield MI 48075-1000 | 000029P003-1247S-554<br>THE DOW CHEMICAL CO.<br>ATTN: LEE H. SJOBERG, ESQ.<br>CORP. & FINANCIAL LAW<br>2030 DOW CENTER<br>MIDLAND MI 48674 | 000181P001-1247S-554<br>The Quinn Law Firm<br>Nicholas R. Pagliari<br>2222 W. Grandview Blvd.<br>Erie PA 16506 |
| 000209P001-1247S-554<br>Thompson Hine LLP<br>Jeremy M. Campana<br>3900 Key Center<br>127 Public Square<br>Cleveland oh 44114-1291 | 000082P001-1247S-554<br>Troutman Sanders LLP<br>Mitchel H. Perkiel, Esq.<br>The Chrysler Building<br>405 Lexington Avenue<br>New York NY 10174 | 000040P002-1247S-554<br>United Steelworkers<br>David R. Jury<br>Five Gateway Center<br>Room 807<br>Pittsburgh PA 15222 | 000018P002-1247S-554<br>VARNUM RIDDERING ET AL<br>ATTN: MICHAEL S. MCELWEE<br>333 BRIDGE STREET, N.W.<br>SUITE 1700<br>GRAND RAPIDS MI 49504 |
| 000140P003-1247S-554<br>Varnum, Riddering, et al.<br>Jason W. Bank, Esq<br>39500 High Points Blvd.<br>Suite 350<br>Novi MI 48375 | 000099P001-1247S-554<br>Vedder Price P.C.<br>Ryan O. Lawlor<br>222 North LaSalle Street<br>Suite 2600<br>Chicago IL 60601 | 000170P001-1247S-554<br>Vinson & Elkins LLP<br>John E. West, Esq.<br>2500 First City Tower<br>1001 Fannin Street<br>Houston TX 77002 | 000217P001-1247S-554<br>WALTON & DONNELLY, P.C.<br>David G. Michael<br>1550 Buhl Building<br>535 Griswold Street<br>Detroit MI 48226 |
| 000218P001-1247S-554<br>WALTON & DONNELLY, P.C.<br>Jonathan T. Walton, Jr.<br>1550 Buhl Building<br>535 Griswold Street<br>Detroit MI 48226 | 000050P001-1247S-554<br>Waller Lansden Dortch Davis<br>Michael R. Paslay, Esq.<br>511 Union Street<br>Suite 2700<br>Nashville TN 37219 | 000169P001-1247S-554<br>Warner Norcross & Judd LLP<br>Michael G. Cruse<br>2000 Town Center<br>Suite 2700<br>Southfield MI 48075-1318 | 000180P001-1247S-554<br>Warner Norcross & Judd LLP<br>Gordon J. Toering, Esq.<br>900 Fifth Third Center<br>111 Lyon Street, NW<br>Grand Rapids MI 49503 |
| 000221P001-1247S-554<br>Warner, Norcross & Judd LLP<br>Stephen B. Grow, Esq.<br>111 Lyon Street NW, Suite 900<br>Grand Rapids MI 49503 | 000094P001-1247S-554<br>Weinner & Gould, P.C.<br>David H. Ellenbogen<br>950 West University Drive<br>Suite 350<br>Rochester MI 48307 | 000194P002-1247S-554<br>Weisman, Young, Schloss & Ruemenapp, P.C.<br>John A. Ruemenapp, Esq.<br>30100 Telegraph Road, Suite 428<br>Bingham Farms MI 48025 | 000107P001-1247S-554<br>Winston & Strawn LLP<br>Brian I. Swett<br>35 West Wacker Drive<br>Chicago IL 60601 |
| 000108P002-1247S-554<br>Winston & Strawn LLP<br>Carey D. Schreiber<br>200 Park Avenue<br>New York NY 10166 | 000109P002-1247S-554<br>Winston & Strawn LLP<br>Myja K. Kjaer<br>35 West Wacker Drive<br>Chicago IL 60601 | 000124P001-1247S-554<br>Wood Kull Herschfus et al.<br>Robert J. Kull<br>37000 Grand River Ave.<br>Suite 290<br>Farmington Hills MI 48335-2881 | |

Records Printed :        183