# United States Bankruptcy Court
## Eastern District of Michigan – Southern Division

In re Plastech Engineered Products, Inc., et al.,     Case No. 08-42417 (PJS)
                                                       (Jointly Administered)

                                                       Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CONTRARIAN FUNDS, LLC** | **AIR FORCE 1 BLOW OFF SYSTEMS, INC.** |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **CONTRARIAN FUNDS, LLC**<br>411 WEST PUTNAM AVE., STE. 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>PHONE 203-862-8211 | **AIR FORCE 1 BLOW OFF SYSTEMS, INC.**<br>ATTN: ANITA BANIYARD,<br>ACCOUNTS RECEIVABLE<br>609 COLBY DRIVE, UNIT 8<br>WATERLOO, ON N2V 1A1<br>CANADA |

**Claim No. 359 for $816.00**
**Claim No. 360 for $23,630.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____     Date: _____April 15, 2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

AIR FORCE 1 BLOW OFF SYSTEMS, INC., a Canadian corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated April 14, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Michigan, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 14 day of April 2011.

(Assignor)
AIR FORCE 1 BLOW OFF SYSTEMS, INC.

By: _____
Name: KIRK DAVIDSON
Title: PRESIDENT

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C., as manager

By: _____
Name: _____
Title: JANICE M. STANTON
MEMBER

(Assignor)
WITNESS:

By: S. Van Hemmen
Name: SHARON VAN Hemmen
Title: ACCOUNTING

## Schedule A
## AIR FORCE 1 BLOW OFF SYSTEMS, INC

| Debtor | Case Number | Claim No. | Proof of Claim Amt | Scheduled Amt |
|---|---|---|---|---|
| Plastech Decorating Systems, Inc. | 08-42420 | 359 | 816.00 | |
| Plastech Romulus, Inc. | 08-42418 | 360 | 23,630.00 | |
| Plastech Engineered Products, Inc. | 08-42417 | | | 24,446.00 |

K.D.

Initials:
Seller
Buyer