# United States Bankruptcy Court
## Eastern District of Michigan – Southern Division

In re Plastech Engineered Products, Inc., <u>et al.</u>,   Case No. 08-42417 (PJS)
(Jointly Administered)

Court ID (court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **CONTRARIAN FUNDS, LLC**<br>Name of Transferee | **GENERAL ELECTRIC CAPITAL CORPORATION**<br>Name of Transferor |
| Name and Address where notices to transferee should be sent | Name and Current Address of Transferor |
| **CONTRARIAN FUNDS, LLC**<br>411 WEST PUTNAM AVE., STE. 425<br>GREENWICH, CT 06830<br>ATTN: ALISA MUMOLA<br>PHONE 203-862-8211 | **GENERAL ELECTRIC CAPITAL CORPORATION**<br>C/O WINSTON & STRAWN, LLP<br>ATTN: CAREY D. SCHREIBER<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |

**Allowed Claim No. 3038 for $16,200,000.00**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By:_____/s/ *Alisa Mumola*_____   Date: _____May 31, 2011_____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

**GENERAL ELECTRIC CAPITAL CORPORATION.**, a Delaware corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 26, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the allowed amount of $16,200,000.00, against Plastech Engineered Products, Inc., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Eastern District of Michigan Southern Division case no. 08-42417-PJS or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 26 day of May 2011.

(Assignor)
GENERAL ELECTRIC CAPITAL CORPORATION

By: _____
Name: DANIEL KRUGER
Title: VICE PRESIDENT - GRS

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.
as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _____
Name: THOMAS McCormick
Title: VP - GRS