# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: **PLASTECH ENGINEERED PRODUCTS INC,** Case No. **08-42417**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**LIQUIDITY SOLUTIONS, INC.**
Name of Transferee

**APLAX LLC**
Name of Transferor

Name and Address where notices to transferee should be sent:

**LIQUIDITY SOLUTIONS, INC**
**ONE UNIVERSITY PLAZA, SUITE 312**
**HACKENSACK, NJ 07601**

Phone: **(201) 968-0001**
Last Four Digits of Acct #: _______________

Court Claim # (if known): **2771**
Amount of Claim: **$101,839.79**
Date Claim Filed: **06/23/2008**

Phone: ___________________________
Last Four Digits of Acct. #: ___________

Name and Address where transferee payments should be sent (if different from above):

Phone: ________________________________
Last Four Digits of Acct #: _______________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Jeff Caress
Transferee/Transferee's Agent

Date: 6/23/2011

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**982385**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: **PLASTECH ENGINEERED PRODUCTS INC,** Case No. **08-42417**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. **2771** (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on **6/23/2011**.

**LIQUIDITY SOLUTIONS, INC.**
Name of Alleged Transferee

Address of Alleged Transferee:
**One University Plaza, Suite 312**
**Hackensack, NJ 07601**

**APLAX LLC**
Name of Transferor

Address of Transferor:
**APLAX LLC**
**13600 FULTON COUNTY RD 27**
**FAYETTE, OH 43521**

**~~DEADLINE TO OBJECT TO TRANSFER~~**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: ___________________

_________________________
**CLERK OF THE COURT**

**982385**

## TRANSFER NOTICE

APLAX LLC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against PLASTECH ENGINEERED PRODUCTS (the "Debtor"), in the aggregate amount of $101,839.79 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, ~~Southern District of New York~~ Eastern District of Michigan, jointly administered as Case No. 08-42417.

IN WITNESS WHEREOF, Assignor has signed below as of the 17 day of February, 2011.

APLAX LLC

By: ______________________
(Signature)

Shirish Naik
(Print Name and Title)

Liquidity Solutions, Inc.

By: ______________________
(Signature)

Jeff Caress.
(Print Name and Title)


9823885