United States Bankruptcy Court
For the Eastern District Of Michigan, Southern Division

| | |
|---|---|
| PLASTECH ENGINEERED PRODUCTS INC | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 08-42417 |
| Debtor | } Amount **$14,575.00** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

STANDARD ELECTRIC CO INC
PO BOX 43216
LOUISVILLE, KY 40253

The transfer of your claim as shown above in the amount of **$14,575.00** has been transferred to:

>Liquidity Solutions Inc
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

>By/s/JEFFREY CARESS
>Liquidity Solutions Inc
>(201) 968-0001

982036

## TRANSFER NOTICE

STANDARD ELECTRIC CO INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against PLASTECH ENGINEERED PRODUCTS INC (the "Debtor"), in the aggregate amount of $14,575.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Eastern District of Michigan, Southern Division, jointly administered as Case No. 08-42417.

IN WITNESS WHEREOF, Assignor has signed below as of the _13th_ day of _MAY_, 2011.

STANDARD ELECTRIC CO INC                Liquidity Solutions, Inc.

By: _/s/ Edward J. Coy_                 By: _/s/ Jeffrey L. Caress_
   (Signature)                              (Signature)

_Edward J. Coy  V.P._                   _Jeffrey L. Caress_
(Print Name and Title)                  (Print Name and Title)