# TRANSFER NOTICE

HUNTINGTON NATIONAL BANK ("Assignor"), transfers and assigns unto Jefferies Leveraged Credit Products, LLC ("Assignee"), having offices at One Station Place, Three North, Stamford, Connecticut, 06902, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Plastech Engineered Products Inc. (the "Debtor"), in the aggregate amount of $550,151.43 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Eastern District of Michigan, administered as Case No. 08-42417.

Executed on 7/17, 2011.

HUNTINGTON NATIONAL BANK

WITNESS:

By: *(Signature)*     By: *(Signature)*

Clarissa L. Fiscus     Workout Specialist, Equipment Finance
(Print Name of Witness)     (Print Name and Title)


JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: *(Signature)*
Robert Minkoff
Mg. Dir.

1104321_2