United States Bankruptcy Court
For the Eastern District Of Michigan

| | |
|---|---|
| Plastech Engineered Products, Inc. | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 08-42417 |
| Debtor | } Amount **$3,277.18** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**SCHARDEIN MECHANICAL CONTRACTORS**
**1810 OUTER LOOP**
**LOUISVILLE, KY 40219-3429**

The transfer of your claim as shown above in the amount of **$3,277.18** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeff Caress
Liquidity Solutions Inc
(201) 968-0001

3214320

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND WIFE JOINT COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SAS AUTOMATION LTD<br>PO BOX 710971<br>COLUMBUS OH 43271-0971 | | | TRADE PAYABLES | | | X | $ 42,000.33 |
| ACCOUNT NO.<br>SCAPES LLC<br>670 POWERS FERRY ROAD<br>MARIETA GA 30067 | | | TRADE PAYABLES | | | | $ 869.00 |
| ACCOUNT NO.<br>SCHAEFER SCREW PRODUCTS<br>32832 INDUSTRIAL ROAD<br>GARDEN CITY MI 48135 | | | TRADE PAYABLES | | | | $ 41,591.71 |
| ACCOUNT NO.<br>SCHARDEIN MECHANICAL CONTRACTORS<br>1810 OUTER LOOP<br>LOUISVILLE KY 40219-3429 | | | TRADE PAYABLES | | | | $ 3,277.18 |
| ACCOUNT NO.<br>SCOTT/TOYOTA LIFT OF LOUISIANA<br>PO BOX 7827<br>945 N MARKET STREET<br>SHREVEPORT LA 71107 | | | TRADE PAYABLES | | | | $ 10,501.51 |
| ACCOUNT NO.<br>SCREWS INDUSTRIES<br>6738 EAGLE WAY<br>CHICAGO, IL 60678-1067 | | | TRADE PAYABLES | | | X | $ 84,366.40 |
| ACCOUNT NO.<br>SECURITY LOCK SERVICE<br>529 W MAIN STREET<br>BRIGHTON MI 48116 | | | TRADE PAYABLES | | | | $ 955.00 |
| ACCOUNT NO.<br>SEJASMI INDUSTRIES, INC<br>6100 BETHUY<br>FAIR HAVEN MI 48023 | | | TRADE PAYABLES | | | X | $ 960.00 |

## TRANSFER NOTICE

Schardein Mechanical Contractors ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against **Plastech Engineered Products, Inc.** (the "Debtor"), in the aggregate amount of **$3,277.18** , representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Eastern District of Michigan, administered as Case No. 08-42417.

IN WITNESS WHEREOF, Assignor has signed below as of the 28TH day of Feb , 2011

## Schardein Mechanical Contractors

_(signature)_
(Signature)

Gary P. Sipes, Controller
(Print Name and Title)

_(signature)_
JEFFREY L. CARESS
Liquidity Solutions, Inc.

Plastech Engineered Products, Inc.
Claim #
Schardein Mechanical Contractors


3214320