United States Bankruptcy Court
For the EASTERN District OF MICHIGAN

| PLASTECH ENGINEERED PRODUCTS,INC | } Chapter 11 |
| | } |
| | } Case No. |
| | } 08-42417 |
| Debtor | } Amount **$57,271.00** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**MELLEMA ELECTRIC COMPANY**
**P.O.BOX 98**
**MARNE, MI 49435**

The transfer of your claim as shown above in the amount of **$57,271.00** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

> By/s/Jeff Caress
> Liquidity Solutions Inc
> (201) 968-0001

514187

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND WIFE JOINT COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MEC<br>6200 26 MILE ROAD<br>SHELBY TOWNSHIP MI 48316 | | | TRADE PAYABLES | | | | $ 4,000.00 |
| ACCOUNT NO.<br>MEDICAL CENTER LABORATORY<br>PO BOX 3099<br>JACKSON TN 38303 | | | TRADE PAYABLES | | | | $ 132.30 |
| ACCOUNT NO.<br>MELLEMA ELECTRIC COMPANY<br>P.O. BOX 98<br>MARNE MI 49435 | | | TRADE PAYABLES | | | | $ 57,271.00 |
| ACCOUNT NO.<br>MEMORIAL MEDICAL ASSOCIATES<br>PO BOX 456<br>OWOSSO MI 48867 | | | TRADE PAYABLES | | | | $ 60.00 |
| ACCOUNT NO.<br>MERCY MEMORIAL HOSPITAL<br>740 N. MACOMB STREET<br>MONROE MI 48161 | | | TRADE PAYABLES | | | | $ 0.00 |
| ACCOUNT NO.<br>MERIDIAN AUTOMOTIVE<br>PO BOX 633581<br>CINCINNATI OH 45263-3581 | | | TRADE PAYABLES | | | X | $ 158,906.97 |
| ACCOUNT NO.<br>MERIDIAN AUTOMOTIVE<br>PO BOX 633581<br>CINCINNATI OH 45263-3581 | | | TRADE PAYABLES | | | X | $ 5,400.86 |
| ACCOUNT NO.<br>MESTEX<br>4830 TRANSPORT DRIVE<br>TS-FP & E,A MESTEK PARTNER<br>DALLAS TX 75247 | | | TRADE PAYABLES | | | | $ 614.80 |

Subtotal: $ 226,385.93

## TRANSFER NOTICE

MELLEMA ELECTRIC COMPANY ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against PLASTECH ENGINEERED PRODUCTS INC (the "Debtor"), in the aggregate amount of $57,271.00 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Eastern District of Michigan, Southern Division, jointly administered as Case No. 08-42417.

IN WITNESS WHEREOF, Assignor has signed below as of the 7th day of November 2011.

MELLEMA ELECTRIC COMPANY              Liquidity Solutions, Inc.

By: _____            By: _____
    (Signature)                            (Signature)

Lee Ann Thompson Office Manager        Jeff Caress
(Print Name and Title)                 (Print Name and Title)