United States Bankruptcy Court
For the The Estern District Of Michigan

| | |
|---|---|
| Plastech Engineered Products, Inc. | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 08-42417 |
| Debtor | } Amount **$15,481.44** |

*AS SET FORTH ON SCHEDULE F*

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

GB SALES BLACKWOOD EQUIPMENT
39550 SCHOOLCRAFT
PLYMOUTH, MI 48170

The transfer of your claim as shown above in the amount of **$15,481.44** has been transferred to:

> Liquidity Solutions Inc
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By/s/Jeff Caress
Liquidity Solutions Inc
(201) 968-0001

514205

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND WIFE JOINT COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GARRISON TOYOTA MATERIAL HANDLING<br>6150 COCKRILL BEND CIRCLE<br>NASHVILLE TN 37209 | | | TRADE PAYABLES | | | | $ 9,607.92 |
| ACCOUNT NO.<br>GARY CONVIS<br>12245 PETE ALVERTSON DRIVE<br>TRUCKEE CA 96161 | | | TRADE PAYABLES | | | X | $ 29,625.10 |
| ACCOUNT NO.<br>GAS SOUTH<br>PO BOX 530552<br>ATLANTA GA 30353-0552 | | | TRADE PAYABLES | | | | $ 3,866.43 |
| ACCOUNT NO.<br>GATEWAY INTEGRATED COMPONENTS, INC<br>PO BOX 427<br>TALBOTT TN 37877 | | | TRADE PAYABLES | | | | $ 789.70 |
| ACCOUNT NO.<br>==GB SALES BLACKWOOD EQUIPMENT==<br>==39550 SCHOOLCRAFT==<br>==PLYMOUTH MI 48170== | | | ==TRADE PAYABLES== | | | | $ ==15,481.44== |
| ACCOUNT NO.<br>GDC, INC<br>PO BOX 98<br>GOSHEN IN 46528 | | | TRADE PAYABLES | | | | $ 155,146.65 |
| ACCOUNT NO.<br>GDX AUTOMOTIVE INC<br>36600 CORPORATE DRIVE 333<br>FARMINGTON HILLS MI 48333 | | | TRADE PAYABLES | | | | $ 51,506.00 |
| ACCOUNT NO.<br>GE CAPITAL INC<br>PO BOX 642333<br>PITTSBURGH PA 15264-0387 | | | TRADE PAYABLES | | | | $ 1,915.71 |

Schedule F Page 84                                                                                  Subtotal:  $ 267,938.95

## TRANSFER NOTICE

GB SALES BLACKWOOD EQUIPMENT ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against PLASTECH ENGINEERED PRODUCTS INC (the "Debtor"), in the aggregate amount of $15,481.44 representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Eastern District of Michigan, Southern Division, jointly administered as Case No. 08-42417.

IN WITNESS WHEREOF, Assignor has signed below as of the \_\_11\_\_ day of \_\_MAY\_\_, 2011.

GB SALES BLACKWOOD EQUIPMENT            Liquidity Solutions, Inc.

By: _____             By: _____
(Signature)                              (Signature)

Roger E. Runyan / CFO                    JEFF CARESS
(Print Name and Title)                   (Print Name and Title)