UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: )
 ) Case No. 08-42417-PJS
PLASTECH ENGINEERED ) Chapter 11
PRODUCTS, INC., *et al.*[1], )  Honorable Phillip J. Shefferly
 )
    Debtors. ) Jointly Administered

## ORDER REINSTATING CERTAIN PREVIOUSLY EXPUNGED CLAIMS

Upon the *Liquidating Trustee's Ex Parte Motion For Order Reinstating Certain Previously Expunged Claims* (the "Motion")[2] pursuant to sections 102(1)(A), 105(a), and 502(j) of the Bankruptcy Code, Rules 3008 and 9013 of the Federal Rules of Bankruptcy Procedure, and Article XI of the Plan; and the Court having considered the Motion and being otherwise duly advised in the premises; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted.

---

[1] The Debtors are the following entities: Plastech Engineered Products, Inc., LDM Technologies, Inc., Plastech Frenchtown, Inc., Plastech Decorating Systems, Inc., Plastech Exterior Systems, Inc., Plastech Romulus, Inc., MBS Polymet, Inc., LDM Holding Canada, Inc. and LDM Holding Mexico, Inc.

[2] Capitalized terms used but not defined herein and defined in the Motion shall have the meanings ascribed to such terms in the Motion.

2.  For all of the reasons stated in the Motion, each of the Uncashed-Check Claims listed below is reinstated as an Allowed General Unsecured Claim.

| CREDITOR NAME | CLAIM NO. | AMOUNT OF CLAIM |
|---|---|---|
| Andrew Black | 1782 | $452.40 |
| FANUC Robotics NA, Inc. | 2064 | $17,258.00 |
| FANUC Robotics NA, Inc. | 2065 | $1,255.00 |

3.  For all of the reasons stated in the Motion, each of the No-TIN Claims listed below is reinstated as an Allowed General Unsecured Claim.

| CREDITOR NAME | CLAIM NO. | AMOUNT OF CLAIM |
|---|---|---|
| Thomas H. Justice | 2666 | $1,464.00 |
| Wendt Crane & Rigging | 50979 | $73,913.00 |

4.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

.

**Signed on March 17, 2017**

                                     **/s/ Phillip J. Shefferly**
                                     **Phillip J. Shefferly**
                                     **United States Bankruptcy Judge**