UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 08-42417-PJS |
| PLASTECH ENGINEERED ) | Chapter 11 |
| PRODUCTS, INC., *et al.*[1], ) | Honorable Phillip J. Shefferly |
| ) | |
| Debtors. ) | Jointly Administered |

### ORDER CLOSING AND GRANTING FINAL DECREES IN CHAPTER 11 CASES AND RELIEVING CLAIMS, NOTICING AND BALLOTING AGENT OF DUTIES

Upon the *Liquidating Trustee's Motion For Entry of Order Closing and Granting Final Decrees in Chapter 11 Cases and Relieving Claims, Noticing and Balloting Agent of Duties* (the "Motion")[2]; the Court having held a hearing on the Motion on March 19, 2018; and the Court finding that the relief requested in the Motion is in the best interests of the Liquidating Trust, its beneficiaries, and other parties in interest, subject to certain modifications made by the Court at the hearing; and after due deliberation thereon and sufficient cause appearing therefor, it is hereby,

---

[1] The Debtors are the following entities: Plastech Engineered Products, Inc., LDM Technologies, Inc., Plastech Frenchtown, Inc., Plastech Decorating Systems, Inc., Plastech Exterior Systems, Inc., Plastech Romulus, Inc., MBS Polymet, Inc., LDM Holding Canada, Inc. and LDM Holding Mexico, Inc.

[2] Capitalized terms used but not defined herein and defined in the Motion shall have the meanings ascribed to such terms in the Motion.

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. For the reasons stated in the Motion, the Motion is granted on the terms set forth in this Order.

2. Pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022, effective immediately as of the entry of this Order, the bankruptcy cases of Plastech Engineered Products, Inc. (Case No. 08-42417-PSJ), Plastech Romulus, Inc. (Case No. 08-42418-PSJ), LDM Holding Mexico, Inc. (Case No. 08-42419-PSJ), Plastech Decorating Systems, Inc. (Case No. 08-42420-PSJ), Plastech Frenchtown, Inc. (Case No. 08-42421-PSJ), LDM Technologies, Inc. (Case No. 08-42422-PSJ), Plastech Exterior Systems, Inc. (Case No. 08-42423-PSJ), MBS Polymet, Inc. (Case No. 08-42424-PSJ), and LDM Holding Canada, Inc. (Case No. 08-42425-PSJ) (collectively, the "Chapter 11 Cases") are hereby closed and final decrees are granted for the Chapter 11 Cases.

3. Notwithstanding the foregoing, the Liquidating Trustee and its employees, professionals, and representatives are authorized without further court order to take any and all actions necessary or appropriate in connection with completing the administration of the Liquidating Trust and closing the Chapter 11 Cases, including, without limitation, executing and filing tax returns, paying amounts due in connection with the United States Trustee Program pursuant to 28

U.S.C. § 1930, and paying any amounts due to the Liquidating Trustee and/or its professionals.

4. Donlin Recano & Company, Inc. ("Donlin Recano"), the claims, noticing and balloting agent in the Chapter 11 Cases, is relieved of its duties in the Chapter 11 Cases.

5. Prior to the entry of this order, Donlin Recano has

    a. delivered to the Clerk of the Court electronic images of the claims registers maintained by it and electronic images of all claims and supporting documentation for such claims received by it; and

    b. filed in this bankruptcy case an affidavit of service ("Affidavit") (ECF No. 8256) attesting that the electronic images that it delivered to the Clerk of the Court are true and correct copies of the claims registers, all claims and supporting documentation for such claims.

6. The electronic images of the claims registers and all claims and supporting documentation delivered to the Clerk of the Court by Donlin Recano, as explained in the Affidavit, constitute the official records of this Court for the claims registers, all claims and supporting documentation for such claims. Therefore, pursuant to the instruction of the Liquidating Trustee under the Court's December 19, 2017 Order Authorizing Abandonment and/or Destruction of Documents and Records, and pursuant to this Order, Donlin Recano is authorized

to destroy the original paper claims registers, paper claims and paper supporting documentation for such claims in its possession.

7. Donlin Recano shall be entitled to receive reasonable compensation from the Liquidating Trust for the performance of the services described in the preceding paragraphs and reimbursement from the Liquidating Trust for its actual costs in performing said services.

8. The terms and conditions of this Order will be immediately effective and enforceable upon its entry.

9. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation and/or implementation of this Order.

10. The Clerk of the Court shall immediately close the Chapter 11 Cases.

**Signed on March 22, 2018**



/s/ Phillip J. Shefferly

**Phillip J. Shefferly**
**United States Bankruptcy Judge**